# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aten International Co., Ltd. and Aten Technology, Inc.<br>Plaintiff(s)<br>v.<br>Emine Technology Co., Ltd., Belkin International, Inc., and Belkin, Inc.<br>Defendant(s). | CASE NUMBER:<br>09-cv-00843-AG-MLG<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

_____Aten International Co., Ltd. and Aten Technology, Inc._____ ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute _____Fish & Richardson P.C._____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____555 West Fifth Street, 31st Floor_____
*Street Address*

_____Los Angeles, CA  90013_____                    _____schnurer@fr.com_____
*City, State, Zip*                                                                 *E-Mail Address*

_____858-678-5070_____   _____858-678-5099_____   _____185725_____
*Telephone Number*                *Fax Number*                         *State Bar Number*

as attorney of record in place and stead of _____White & Case LLP_____
                                                                                    *Present Attorney*

**is hereby      X GRANTED ☐ DENIED**

Dated  January 20, 2010                                     _____[signature]_____
                                                                                U. S. District Judge Andrew J. Guilford

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.