1   John P. Schnurer (SBN 185725)
    schnurer@fr.com
2   Brian Wacter (SBN 223165)
    wacter@fr.com
3   Cheng Chieh (Jack) Ko (SBN 244630)
    ko@fr.com
4   Fish & Richardson P.C.
    12390 El Camino Real
5   San Diego, CA 92130
    Telephone: (858) 678-5070
6   Facsimile:  (858) 678-5099

7   Attorneys for Plaintiffs
    ATEN INTERNATIONAL CO., LTD. and
8   ATEN TECHNOLOGY, INC.

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11                SOUTHERN DIVISION

12   ATEN INTERNATIONAL CO., LTD.        Case No.  SACV09-843 AG (MLGx)
     and ATEN TECHNOLOGY, INC.
13                                       SECOND AMENDED AND
              Plaintiffs                 SUPPLEMENTAL COMPLAINT
14
         v.
15
     EMINE TECHNOLOGY CO., LTD.,
16   BELKIN INTERNATIONAL, INC.,                  By Fax
     and BELKIN, INC.,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

Plaintiffs ATEN International Co., Ltd. and ATEN Technology, Inc. (collectively, "ATEN") hereby plead the following claims against Defendants (1) Emine Technology Co., Ltd., ("Emine") (2) Belkin International, Inc. ("Belkin Int'l"), and (3) Belkin, Inc. (collectively wit Belkin Int'l, "Belkin") and alleges as follows:

## PARTIES

1.      ATEN International Co., Ltd. is a company organized and existing under the laws of Taiwan, R.O.C., with its principal place of business at 3F, No. 125, Sec. 2, Datung Rd., Shiji City, Taipei 221, Taiwan, R.O.C. It is a leading Keyboard-Video-Mouse ("KVM") switch manufacturer in the world and has invested significantly in the research and development of innovative technologies. Its innovations have resulted in numerous patents, including U.S. Patent Nos. 7,035,112 ("the '112 patent"), 6,564,275 ("the '275 patent"), 6,957,287 ("the '287 patent"), 7,613,854 ("the '854 patent") and 7,542,299 ("the '299 patent"). ATEN International Co., Ltd. is a co-owner, with ATEN Technology, Inc., of the '112, '275, '287, and '299 patents. ATEN International Co., Ltd. is the sole owner of the '854 patent.

2.      Plaintiff ATEN Technology, Inc. is a corporation existing under the laws of the state of California. ATEN Technology is responsible for designing, testing, providing technical support in connection with, marketing, and selling ATEN products in the United States. ATEN Technology also contributes to the research and development of ATEN products, including products that practice one or more claims of the patents-in-suit.

3.      Upon information and belief, Emine is a company organized and existing under the laws of Taiwan, R.O.C., having its principal place of business at 8F, No. 6, Sec. 2, Nan-Jing E. Rd., Taipei, Taiwan, R.O.C. Upon information and belief, Emine has imported products into the United States, knowing that such

1    products would be offered for sale and would be sold to customers and stores

2    throughout the State of Texas.

3         4.      Upon information and belief, Defendants Belkin Int'l and Belkin, Inc.

4    are corporations organized under the laws of the State of Delaware and have their

5    principal place of business at 501 West Walnut Street, Compton, California 90220.

6    Upon information and belief, Belkin transacts business and has offered to sell and

7    sold products to customers and stores in this judicial district and throughout the

8    State of California.

9                        **JURISDICTION AND VENUE**

10        5.      This action arises under the patent laws of the United States, 35 U.S.C.

11    § 100 et seq., including 35 U.S.C. § 271.

12        6.      This Court has subject matter jurisdiction over this action pursuant to

13    28 U.S.C §§ 1331 and 1338(a).

14        7.      This Court has personal jurisdiction over defendant Emine pursuant to

15    transfer and defendant Belkin pursuant to transfer and because, *inter alia*, they have

16    committed acts of infringement in this judicial district.

17        8.      Venue is proper in this district for Belkin pursuant to 28 U.S.C. §§

18    1391(b)-(c) and 28 U.S.C. § 1400(b), because Belkin has committed acts of

19    infringement in this judicial district.

20        9.      Belkin also submitted to the jurisdiction of this Court, and admitted to

21    the appropriateness of the venue, by virtue of its motion to transfer from the Eastern

22    District of Texas to the Central District of California.

23        10.     Upon information and belief, Belkin has placed infringing products into

24    the stream of commerce by shipping those products into this judicial district (and

25    other judicial districts) or knowing that such products would be shipped into this

26    judicial district (and other judicial districts).

27

28

2

Case No. SACV09-843 AG (MLGx)
SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

**ATEN'S PATENTS**

11.     ATEN is the owner and assignee of all right, title and interest in and to the '112 patent, entitled "AUTOMATIC SWITCH," issued on April 25, 2006, to Kevin Chen.

12.     Other companies in the KVM industry have acknowledged and appreciated the invention in the '112 patent.

13.     For example, RATOC Systems, Inc., a Japanese corporation, and RATOC Systems International, Inc., a Delaware corporation, have admitted validity, enforceability and infringement of the '112 patent and have taken a license of the '112 patent from ATEN.

14.     JustCom Tech, Inc., a California corporation, has also admitted validity, enforceability and infringement of the '112 patent and has taken a license of the '112 patent from ATEN.

15.     ATEN is owner and assignee of all right, title and interest in and to the '275 patent, entitled "ELECTRONIC SWITCHING DEVICE FOR A UNIVERSAL SERIAL BUS INTERFACE," issued May 13, 2003, to Sun Chung Chen.

**DEFENDANTS' ACTS OF PATENT INFRINGEMENT**

16.     Upon information and belief, Emine has infringed the '112 and '275 patents by making, using, offering for sale, selling, and importing products into the United States that have been offered for sale and have been sold throughout the State of Texas, by contributing to others' making, using, selling, offering for sale, or importing , and/or by inducing others to make, use, sell, offer for sale, or import products that infringe the '112 and '275 patents without ATEN's permission.

17.     Emine is on notice that its making, using, selling, offering for sale, importing, contributing to others' making, using, selling, offering for sale, or importing , and/or inducing others to make, use, sell, offer for sale, or import the products referred to in the above paragraph are infringing ATEN's '112 and '275 patents. Emine has not had nor does it presently have a reasonable basis for

3          Case No. SACV09-843 AG (MLGx)
SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

1 believing it had or has a right to engage in the acts complained of herein, and its past
2 and ongoing infringements are willful and deliberate, making this an exceptional
3 case and justifying the award of treble damages pursuant to 35 U.S.C. § 284 and
4 attorneys' fees pursuant to 35 U.S.C. § 285.

5      18.   On information and belief, Emine has offered to sell and has sold to
6 others in the United States and within this judicial district components of the
7 invention claimed in the '112 patent and the '275 patent. Those components are not
8 staple articles of commerce, are specially adapted for use in an infringing apparatus,
9 and are not capable of substantial non-infringing use. Emine's actions constitute
10 contributory infringement of the '112 patent.

11      19.   Upon information and belief, Belkin has infringed the '112, '275, '287,
12 '854 and '299 patents by making, using, offering for sale, selling and importing
13 products into the United States that have been offered for sale and have been sold in
14 this judicial district and throughout the State of California, by contributing to others'
15 making, using, selling, offering for sale, or importing, and/or by inducing others to
16 make, use, sell, offer for sale, or import products that infringe the '112, '275, '287,
17 '854 and '299 patents, without ATEN's permission.

18      20.   Belkin is on notice that its making, using, selling, offering for sale,
19 importing, contributing to others' making, using, selling, offering for sale, or
20 importing, and/or inducing others to make, use, sell, offer for sale, or import the
21 products referred to in the above paragraph are infringing ATEN's '112, '275, '287,
22 '854 and '299 patents. Belkin has not had nor does it presently have a reasonable
23 basis for believing it had or has a right to engage in the acts complained of herein,
24 and its past and ongoing infringements are willful and deliberate, making this an
25 exceptional case and justifying the award of treble damages pursuant to 35 U.S.C. §
26 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

27      21.   On information and belief, Belkin has offered to sell and has sold to
28 others in the United States and within this judicial district components of the

4    Case No. SACV09-843 AG (MLGx)
SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

1   inventions claimed in the '112, '275, '287, '854 and '299 patents.  Those components

2   are not staple articles of commerce, are specially adapted for use in an infringing

3   apparatus, and are not capable of substantial non-infringing use.  Belkin's actions

4   constitute contributory infringement of the '112, '275, '287, '854 and '299 patents.

5   ## CLAIM 1

6   ### Patent Infringement of U.S. Patent No. 7,035,112 (against Emine)

7   22.    ATEN incorporates by reference the allegations of paragraphs 1–3, 5-7

8   and 11-18 above as fully set forth herein.

9   23.    ATEN is the owner of all right, title, and interest in the '112 patent and

10   has the right to bring this action to recover damages for infringement of the '112

11   patent.

12   24.    Upon information and belief, Emine makes, uses, sells, offers to sell

13   and/or imports into the United States and within this judicial district products that

14   directly or indirectly infringe the '112 patent of ATEN, in violation of 35 U.S.C.

15   §271.

16   25.    Upon information and belief, Emine has actively induced others to

17   infringe the '112 patent of ATEN, in violation of 35 U.S.C. § 271.

18   26.    Upon information and belief, Emine has offered to sell and has sold to

19   others in the United States and within this judicial district components of the

20   invention claimed in the '112 patent. Those components are not staple articles of

21   commerce, are specially adapted for use in an infringing apparatus, and are not

22   capable of substantial non-infringing use. Emine's actions constitute contributory

23   infringement of the '112 patent, in violation of 35 U.S.C. § 271.

24   ## CLAIM 2

25   ### Willful Infringement of U.S. Patent No. 7,035,112 (against Emine)

26   27.    ATEN incorporates by reference the allegations of paragraphs 1–3, 5-7

27   and 11-18 above as fully set forth herein.

28   28.    Emine has actual notice of the '112 patent owned by ATEN.

5        Case No. SACV09-843 AG (MLGx)

29.     Emine has not had, nor does it presently have, a reasonable basis for believing that it had or has a right to engage in the acts complained of herein, and its infringements have been willful and deliberate, making this an exceptional case and justifying the award of treble damages pursuant to 35 US C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

30.     Unless enjoined by this Court, Emine will continue to infringe the '112 patent owned by ATEN, thereby irreparably harming ATEN.

## CLAIM 3

### Patent Infringement of U.S. Patent No. 6,564,275 (against Emine)

31.     ATEN incorporates by reference the allegations of paragraphs 1–3, 5-7 and 11-18 above as fully set forth herein.

32.     ATEN is the owner of all right, title, and interest in the '275 patent and has the right to bring this action to recover damages for infringement of the '275 patent.

33.     Upon information and belief, Emine makes, uses, sells, offers to sell and/or imports into the United States and within this judicial district products that directly or indirectly infringe the '275 patent of ATEN, in violation of 35 U.S.C. §271.

34.     Upon information and belief, Emine has actively induced others to infringe the '275 patent of ATEN, in violation of 35 U.S.C. § 271.

35.     Upon information and belief, Emine has offered to sell and has sold to others in the United States and within this judicial district components of the invention claimed in the '275 patent.  Those components are not staple articles of commerce, are specially adapted for use in an infringing apparatus, and are not capable of substantial non-infringing use.  Emine's actions constitute contributory infringement of the '275 patent, in violation of 35 U.S.C. § 271.

## CLAIM 4

### Willful Infringement of U.S. Patent No. 6,564,275 (against Emine)

6                     Case No. SACV09-843 AG (MLGx)
                      SECOND AMENDED AND
                      SUPPLEMENTAL COMPLAINT

36.    ATEN incorporates by reference the allegations of paragraphs 1–3, 5–7 and 11-18 above as fully set forth herein.

37.    Emine has actual notice of the '275 patent owned by ATEN.

38.    Emine has not had, nor does it presently have, a reasonable basis for believing that it had or has a right to engage in the acts complained of herein, and its infringements have been willful and deliberate, making this an exceptional case and justifying the award of treble damages pursuant to 35 US C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

39.    Unless enjoined by this Court, Emine will continue to infringe the '275 patent owned by ATEN, thereby irreparably harming ATEN.

## CLAIM 5

**Patent Infringement of U.S. Patent No. 7,035,112 (against Belkin)**

40.    ATEN incorporates by reference the allegations of paragraphs 1–21 above as fully set forth herein.

41.    ATEN is the owner of all right, title, and interest in the '112 patent and has the right to bring this action to recover damages for infringement of the '112 patent.

42.    Belkin has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '112 patent by making, using, offering to sell, or selling in the United States, including this judicial district, or importing into the United States, KVM switches including, but not limited to, the Belkin Flip, OmniView, SOHO, and PRO3 KVM product families.

43.    Belkin has had actual knowledge of the '112 patent at least on or before July 21, 2006.

44.    Infringement by Belkin of the '112 patent has been willful. Past and continued acts of infringement by Defendants have injured and damaged ATEN.

7        Case No. SACV09-843 AG (MLGx)
SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

1   45.   Acts of infringement by Defendants have caused and will continue to
2   cause irreparable injury to ATEN unless and until enjoined by this Court.

3

4   **CLAIM 6**

5   **Patent Infringement of U.S. Patent No. 6,564,275 (against Belkin)**

6   46.   ATEN incorporates by reference the allegations of paragraphs 1–21
7   above as fully set forth herein.

8   47.   ATEN is the owner of all right, title, and interest in the '275 patent and
9   has the right to bring this action to recover damages for infringement of the '275
10   patent.

11   48.   Belkin has infringed and continues to infringe directly and/or
12   indirectly, literally and/or under the doctrine of equivalents, one or more claims of
13   the '275 patent by making, using, offering to sell, or selling in the United States,
14   including this judicial district, or importing into the United States, USB switches
15   including, but not limited to, the Belkin Flip, OmniView, and SOHO USB switch
16   product families.

17   49.   Belkin had actual knowledge of the '275 patent at least on or before
18   October 9, 2008.

19   50.   Infringement by Belkin of the '275 patent has been willful.

20   51.   Past and continued acts of infringement by Belkin have injured and
21   damaged ATEN.

22   52.   Acts of infringement by Belkin have caused and will continue to cause
23   irreparable injury to ATEN unless and until enjoined by this Court.

24   **CLAIM 7**

25   **Patent Infringement of U.S. Patent No. 6,957,287 (against Belkin)**

26   53.   ATEN incorporates by reference the allegations of paragraphs 1–21
27   above as fully set forth herein.

28

8   Case No. SACV09-843 AG (MLGx)
SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

54.    ATEN is the owner by assignment of all right, title, and interest in and to United States Patent No. 6,957,287 ("the '287 patent") entitled "Asynchronous/Synchronous KVMP Switch for Console and Peripheral Devices," which was duly and legally issued by the United States Patent and Trademark Office on October 18, 2005.  A copy of the '287 patent is attached hereto as Exhibit C.

55.    Belkin has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '287 patent by making, using, offering to sell, or selling in the United States, including this judicial district, or importing into the United States, KVM switches including, but not limited to, the Belkin F1DP216G, F1DP232G, F1DD102L, F1DD104L, F1DS102J, F1DS104J, F1DS102L, and F1DS104L switch product families.

56.    Upon information and belief, Belkin has had actual knowledge of the '287 patent.

57.    Upon information and belief, infringement by Belkin of the '287 patent has been willful.

58.    Past and continued acts of infringement by Belkin have injured and damaged ATEN.

59.    Acts of infringement by Belkin have caused and will continue to cause irreparable injury to ATEN unless and until enjoined by this Court.

## CLAIM 8

### Patent Infringement of U.S. Patent No. 7,613,854 (against Belkin)

60.    ATEN incorporates by reference the allegations of paragraphs 1–21 above as fully set forth herein.

61.    ATEN is the owner by assignment of all right, title, and interest in and to United States Patent No. 7,613,854  ("the '854 patent") entitled "Keyboard Video Mouse (KVM) Switch Wherein Peripherals Having Source Communication Protocol are Routed via KVM Switch and Converted to Destination Communication

Protocol," which was duly and legally issued by the United States Patent and Trademark Office on November 3, 2009. A copy of the '854 patent is attached hereto as Exhibit D.

62. Belkin has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '854 patent by making, using, offering to sell, or selling in the United States, including this judicial district, or importing into the United States, KVM switches including, but not limited to, the Belkin F1DP216A, F1DP232A, and F1DW216C switch product families.

63. Upon information and belief, Belkin has had actual knowledge of the '854 patent.

64. Upon information and belief, infringement by Belkin of the '854 patent has been willful.

65. Past and continued acts of infringement by Belkin have injured and damaged ATEN.

66. Acts of infringement by Belkin have caused and will continue to cause irreparable injury to ATEN unless and until enjoined by this Court.

## CLAIM 9

### Patent Infringement of U.S. Patent No. 7,542,299 (against Belkin)

67. ATEN incorporates by reference the allegations of paragraphs 1–21 above as fully set forth herein.

68. ATEN is also the owner by assignment of all right, title, and interest in and to United States Patent No. 7,542,299 ("the '299 patent") entitled "Keyboard, Video and Mouse (KVM) Switch," which was duly and legally issued by the United States Patent and Trademark Office on June 2, 2009. A copy of the '299 patent is attached hereto as Exhibit E.

69. Belkin has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of

1   the '299 patent by making, using, offering to sell, or selling in the United States,

2   including this judicial district, or importing into the United States, KVM switches

3   including, but not limited to, the Belkin Flip, OmniView, SOHO, and PRO 3 KVM

4   product families.

5       70.    Upon information and belief, Belkin has had actual knowledge of the

6   '299 patent.

7       71.    Upon information and belief, infringement by Belkin of the '299 patent

8   has been willful.

9       72.    Past and continued acts of infringement by Belkin have injured and

10  damaged ATEN.

11      73.    Acts of infringement by Belkin have caused and will continue to cause

12  irreparable injury to ATEN unless and until enjoined by this Court.

## DEMAND FOR JURY TRIAL

14      ATEN demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

16      WHEREFORE, Plaintiff ATEN prays that this Court enter judgment as

17  follows:

18      1.    Declare that Emine has infringed, actively induced infringement, and/or

19  committed acts of contributory infringement with respect to the claims of the '112

20  and '275 patents;

21      2.    Declare that Emine's infringement of the '112 and '275 patents has been

22  willful;

23      3.    Award ATEN compensatory damages resulting from Emine's

24  infringement of the '112 and '275 patents in amounts to be ascertained at trial,

25  pursuant to 35 U.S.C. § 284;

26      4.    Treble any and all damages awarded for Emine's infringement of the

27  '112 and '275 patents, pursuant to 35 U.S.C. § 284;

28

5.   Permanently enjoin Emine and its officers, directors, employees, servants and agents from infringing or inducing others to infringe the '112 and '275 patents;

6.   Award to ATEN interest and costs, pursuant to 35 U.S.C. § 284;

7.   Award to ATEN reasonable attorneys' fees and costs of the litigation, pursuant to 35 U.S.C. § 285;

8.   Hold Emine, Belkin Int'l and Belkin, Inc., liable for all damages, interest and costs, and reasonable attorneys' fees and costs of the litigation;

9.   That Belkin has infringed the '112 patent, the '275 patent, the '287 patent, the '854 patent, and the '299 patent;

10.   That Belkin's infringement of the '112 patent, the '275 patent, the '287 patent, the '854 patent, and the '299 patent is willful;

11.   That Belkin, and their respective agents, servants, officers, directors, employees, and all persons acting in concert with them directly or indirectly, be enjoined from infringing the '112 patent, the '275 patent, the '287 patent, the '854 patent, and the '299 patent;

12.   That Belkin be ordered to account for and pay to ATEN the damages arising out of its infringing activities, together with interest and costs, and all other damages permitted by 35 U.S.C. § 284, including enhanced damages up to three times the amount of damages found or measured; and

13.   Award such other and further relief in favor of ATEN as this Court deems just and proper.

Dated: April 12, 2010

FISH & RICHARDSON, P.C.

By:   /s/ John P. Schnurer
      John P. Schnurer
      schnurer@fr.com

Attorneys for Plaintiffs
Aten International Co., Ltd. and Aten
Technology, Inc.

12        Case No. SACV09-843 AG (MLGx)
          SECOND AMENDED AND
          SUPPLEMENTAL COMPLAINT

1

**CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that a true and correct copy of the above and

3 Foregoing document has been served on April 12, 2010 to all counsel of record who

4 are deemed to have consented to electronic service via the Court's CM/ECF system.

5   Any other counsel of record will be served by electronic mail and regular

6 mail.

7            */s/ John P. Schnurer*

              John P. Schnurer

8              schnurer@fr.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

         1  Case No. SACV09-843 AG (MLGx)

              SECOND AMENDED AND

            SUPPLEMENTAL COMPLAINT

# EXHIBIT A

US007035112B2

(12) **United States Patent**     (10) Patent No.:     **US 7,035,112 B2**

Chen     (45) Date of Patent:     **Apr. 25, 2006**

(54) **AUTOMATIC SWITCH**

(75) Inventor: **Kevin Chen**, Shijr (TW)

(73) Assignee: **ATEN International Co., Ltd.**, Shijr (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 289 days.

(21) Appl. No.: **10/190,015**

(22) Filed: **Jul. 8, 2002**

(65) **Prior Publication Data**

US 2004/0001323 A1     Jan. 1, 2004

(51) **Int. Cl.**
  *H05K 5/00*     (2006.01)
  *H05K 5/04*     (2006.01)
  *H05K 5/06*     (2006.01)

(52) **U.S. Cl.** ...................... **361/752**; 361/800; 361/827; 361/784; 439/606; 439/736; 439/264

(58) **Field of Classification Search** ............... 361/752, 361/797, 724, 714, 784–785, 800, 827; 439/606, 439/736, 502, 505, 654, 264, 739; 257/99; 348/836
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,667,553 A | 1/1954 | Moorhead et al. | |
| 2,870,287 A | 1/1959 | Corbitl et al. | |
| 4,103,252 A | 7/1978 | Bobick | |
| 4,927,787 A | 5/1990 | Patel | |

| | | | |
|---|---|---|---|
| 4,927,987 A | 5/1990 | Kirchgessner | |
| 5,192,226 A * | 3/1993 | Wang | 439/502 |
| 5,260,532 A | 11/1993 | Tinder et al. | |
| 5,708,897 A * | 1/1998 | Manabe et al. | 396/535 |
| 5,792,986 A | 8/1998 | Lee | |
| 6,160,485 A * | 12/2000 | Krakovich | 340/635 |
| 6,329,616 B1 | 12/2001 | Lee | |
| 6,378,014 B1 * | 4/2002 | Shirley | 710/100 |
| 6,449,866 B1 * | 9/2002 | Murray | 33/758 |
| 6,498,890 B1 | 12/2002 | Kimminau | |
| 6,521,836 B1 | 2/2003 | Simonazzi | |
| 6,609,034 B1 * | 8/2003 | Behrens et al. | 700/19 |
| 6,671,756 B1 * | 12/2003 | Thomas et al. | 710/73 |
| 2001/0023141 A1 * | 9/2001 | Chang | 439/76.1 |
| 2001/0053627 A1 | 12/2001 | Armistead et al. | |
| 2003/0223185 A1 * | 12/2003 | Doczy et al. | 361/680 |

* cited by examiner

*Primary Examiner*—Randy W. Gibson
*Assistant Examiner*—Hung S. Bui
(74) *Attorney, Agent, or Firm*—Jeffer, Mangels, Butler & Mamaro LLP

(57) **ABSTRACT**

An automatic switch includes a main body having connector ports provided thereon, more than one or two sets of cable-connected connectors directly extended from the main body, and a circuit board provided in the main body and electrically connected to the sets of cable-connected connectors via signal cables. The main body has an integral enclosure formed through multiple times of injection molding to include a circuit-protecting layer for enclosing the circuit board, an outer case enclosing the circuit-protecting layer, and an anti-slipping layer coating an outer surface of the outer case.

**23 Claims, 4 Drawing Sheets**



EXHIBIT A  PAGE 1



FIG.1

PRIOR ART

Case 8:09-cv-00843-AG-MLG   Document 171   Filed 04/14/10   Page 18 of 50   Page ID #:4749



FIG.2

EXHIBIT A  PAGE 3



FIG.3



FIG.4

US 7,035,112 B2

**1**

**AUTOMATIC SWITCH**

BACKGROUND OF THE INVENTION

The present invention relates to an automatic switch for a user to automatically switch between two or more computer configurations, and more particularly to an automatic switch that has an integrally injection-molded enclosure to provide good weather-resistance, impact-resistance, and absolute protection of an internal circuit board thereof.

The highly developed electronic and information technologies enable people to collect required information or to trade directly over networks via computers, making computers a requisite tool in people's work, learning, entertainments, leisure activities, and daily life.

For people to access two or more computers at the same time, there is developed an automatic switch to enable a user to automatically switch among different signal paths. FIG. 1 shows a conventional automatic switch 40 that is configured into a box 41. The box 41 is internally provided with a circuit board (not shown). Ports 42, 43, and 44 for various types of signal cable connectors are provided on peripheral walls of the box 41. Inmost cases, the box 41 includes outer walls that are made of metal material or rigid plastic material and assembled together by means of screws (not shown). The automatic switch 40 is normally positioned on a host enclosure of a computer configuration and tends to unexpectedly fall off the host enclosure to result in a damaged circuit board due to vibration. Moreover, when a high humidity exists, moisture in the air tends to attach to the circuit board to cause short circuit. Repair or maintenance of the circuit board is therefore required.

SUMMARY OF THE INVENTION

A primary object of the present invention is to provide a plug-type automatic switch for a user to access and control multiple computer configurations through one single switch. The automatic switch includes a main body externally provided with connector ports and enclosing an internal circuit board. The main body has an integrally injection-molded plastic enclosure to provide good weather-resistance, impact-resistance, and absolute protection of the internal circuit board and circuits thereon.

The automatic switch of the present invention also includes more than one or two sets of cable-connected connectors directly extended from the main body and electrically connected to the internal circuit board via signal cables.

The integrally injection-molded enclosure of the main body includes a circuit-protecting layer for enclosing the circuit board, an outer case enclosing the circuit-protecting layer, and an anti-slipping layer coating an outer surface of the outer case.

The circuit-protecting layer of the main body is made of a plastic material having a low melting point to avoid damages to circuits provided on the circuit board during the injection molding.

The outer case of the main body has good strength and high rigidity and therefore provides excellent protection to the internal circuit board and the entire main body of the automatic switch.

The anti-slopping layer of the main body has soft surface to enable firm holding of the main body and convenient plugging and unplugging of signal cables in and from the main body.

**2**

BRIEF DESCRIPTION OF THE DRAWINGS

The structure and the technical means adopted by the present invention to achieve the above and other objects can be best understood by referring to the following detailed description of the preferred embodiments and the accompanying drawings, wherein

FIG. 1 is a perspective view of a conventional automatic switch for switching between two or more computer configurations;

FIG. 2 is a front view of an automatic switch according to the present invention;

FIG. 3 is a perspective view of a main body of the automatic switch of the present invention; and

FIG. 4 is a cross-sectional view of the main body of the automatic switch of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Please refer to FIG. 2 that is a front view of an automatic switch 10 according to an embodiment of the present invention. As shown, the automatic switch 10 includes a main body 20 having connector ports provided on external walls thereof, and more than one or two sets of cable-connected connectors 30 directly extended from the main body 20.

Please refer to FIGS. 3 and 4 that are perspective and cross-sectional views, respectively, of the main body 20 of the automatic switch 10 of the present invention. The main body 20 has an integral enclosure that is formed through three times of injection molding to include a circuit-protecting layer 21 for enclosing a circuit board 24 provided in the main body 20, an outer case 22 enclosing the circuit-protecting layer 21, and an anti-slipping layer 23 coating an outer surface of the outer case 22.

It is to be noted that the circuit-protecting layer 21 of the main body 20 is in completely close contact with the circuit board 24, so that the circuit board 24 is entirely isolated from and protected against external environments. Electronic elements (not shown) soldered onto the circuit board 24 are not subjected to undesired looseness or separation even if the main body 20 is fiercely vibrated or impacted. Moreover, the circuit board 24 enclosed in the circuit-protecting layer 21 is also isolated from moisture in the air to therefore always maintain good electric performance. That is, the circuit board 24 is best protected in the main body 20.

The circuit-protecting layer 21 enclosing the circuit board 24 is made of a plastic material having a low melting point to avoid damages to circuits on the circuit board 24 due to a high temperature in the course of injection molding of the circuit-protecting layer 21.

The outer case 22 enclosing the circuit-protecting layer 21 is made of a plastic material that shows high strength and high rigidity after being molded into a desired shape. The outer case 22 occupies a major part of the enclosure of the main body 20 and serves to ensure a well-shaped overall appearance of the main body 20 while protecting the internal circuit board 24.

The anti-slipping layer 23 coating the outer surface of the outer case 22 is made of a plastic material that provides a soft surface after being molded to enable a user to hold the switch without the risk of easily slipping off the main body 20. Cables can therefore be more easily plugged or unplugged in or from the main body 20.

As can be seen from FIG. 2, each set of the cable-connected connectors 30 includes a central processing unit

US 7,035,112 B2

**3**

(CPU) signal cable connector **31**, a keyboard signal cable connector **32**, and a mouse signal cable connector **33**. The cable-connected connectors **31**, **32**, and **33** are adapted to plug in corresponding connectors (not shown) on computer configurations to which the automatic switch **10** is to be connected. As can be seen from FIG. **4**, the circuit board **24** is electrically connected to the sets of cable-connected connectors **30** via signal cables **11**.

In brief, the automatic switch **10** of the present invention uses the main body **20** having cable-connected connector sets **30** to replace the conventional box-type switch **40**, enabling the switch **10** to be used in a more convenient manner. Moreover, the enclosure of the main body **20** of the automatic switch **10** is integrally formed through multiple times of injection molding to protect circuits provided on the internal circuit board **24**, making the automatic switch **10** safer and more convenient for use.

What is claimed is:

1. A switch comprising:
a body;
a switching circuit contained within the body;
a set of connector ports electrically coupled to the switching circuit; and,
a plurality of cables fixedly attached to and extending from the body, each cable in the plurality of cables having a plurality of connector plugs, wherein each connector plug in the plurality of connector plugs for one of the cables in the plurality of cables are matched a respective connector plug in another one of the cables in the plurality of cables, and wherein the switching circuit switches to connect each of the set of connector ports to one of the plurality of cables.

2. The switch of claim 1, wherein the body includes a circuit-protecting layer surrounding the switching circuit.

3. The switch of claim 2, wherein the circuit-protecting layer is comprised of a layer of injection-molded plastic.

4. The switch of claim 3, wherein the layer of injection-molded plastic has a low melting point.

5. The switch of claim 2, wherein the body includes an outer case surrounding the circuit-protecting layer.

6. The switch of claim 5, wherein the outer case has a rigid outer surface.

7. The switch of claim 1, wherein the body includes an anti-slipping layer coating.

8. The switch of claim 7, wherein the anti-slipping layer coating has a soft outer surface.

9. The switch of claim 1, wherein the switching circuit includes a circuit board and the body includes a circuit-protecting layer enclosing the circuit board.

10. The switch of claim 9, wherein the circuit board includes a plurality of electronic elements enclosed in the circuit-protecting layer.

11. The switch of claim 1, wherein the switching circuit includes a circuit board and the circuit board is sealed within a circuit-protecting layer.

12. The switch of claim 1, wherein the plurality of cables are fixedly attached to the body through a molded attachment element.

**4**

13. The switch of claim 1, wherein a first end of each of the plurality of cables is integrated into the body.

14. The switch of claim 1, wherein the set of connector ports contains a peripheral port to connect a computer peripheral.

15. The switch of claim 1, wherein the set of connector ports contains a keyboard port to connect a keyboard.

16. The switch of claim 1, wherein the set of connector ports contains a mouse port to connect a mouse.

17. The switch of claim 1, wherein set of connector ports contains a video port to connect a display.

18. The switch of claim 1, wherein the plurality of cables includes a first set of computer cables for coupling the switching circuit to a first computer.

19. The switch of claim 18, wherein the first set of computer cables comprises:
a keyboard cable including a keyboard connector plug;
a mouse cable including a mouse connector plug; and,
a video cable including a display connector plug.

20. The switch of claim 1, wherein the plurality of cables includes a second set of computer cables for coupling the switching circuit to a second computer.

21. A method comprising the steps of:
providing a body;
enclosing a switching circuit within the body;
integrating a first computer cable and a second computer cable into the body, each of the first computer cable and the second computer cable including a first end electrically coupled to the switching circuit and a second end having a plurality of connector plugs, each connector plug in the plurality of connector plugs in the first computer cable being matched to a corresponding one of the plurality of connector plugs in the second computer cable; and,
providing a plurality of connector ports on a surface of the body, the plurality of connector ports electrically coupled to the switching circuit;
wherein the switching circuit electrically switches the plurality of connector ports between the plurality of connector plugs of the first computer cable and the second computer cable.

22. The method of claim 21, further comprising the steps of:
connecting a computer peripheral to one of the plurality of connector ports; and,
connecting a first connector plug from the first computer cable to a first computer.

23. The method of claim 22, further comprising the steps of:
connecting a second connector plug from the second computer cable to a second computer; and,
selectively switching the electrical connection of the computer peripheral from the first computer to the second computer.

\* \* \* \* \*

# EXHIBIT B

US006564275B1

(12) **United States Patent**
Chen

(10) Patent No.: **US 6,564,275 B1**
(45) Date of Patent: **May 13, 2003**

(54) **ELECTRONIC SWITCHING DEVICE FOR A UNIVERSAL SERIAL BUS INTERFACE**

(75) Inventor: **Sun Chung Chen**, Taipei (TW)

(73) Assignee: **Aten International Co., Ltd.**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/514,579**

(22) Filed: **Feb. 28, 2000**

(30) **Foreign Application Priority Data**

May 28, 1999   (TW) ...................................... 88208630 U

(51) Int. Cl.[7] ............................................. G06F 13/36
(52) U.S. Cl. ............................. 710/107; 710/5; 710/8; 710/20; 710/33; 710/36; 710/51; 710/62; 710/63; 710/107; 710/305; 710/313
(58) Field of Search ........................... 710/5, 8, 20, 33, 710/36, 51, 62, 63, 107, 305, 313

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,012,103 A * 1/2000 Sartore et al. .................. 710/8

6,057,674 A * 5/2000 Bangerter ................... 323/211
6,073,188 A * 6/2000 Fleming ..................... 710/38
6,118,496 A * 9/2000 Ho ........................... 348/706

* cited by examiner

*Primary Examiner*—Jeffrey Gaffin
*Assistant Examiner*—Mohammad O. Farooq
(74) *Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

(57) **ABSTRACT**

The present invention provides an electronic switching device for a universal serial bus (USB) interface, which can connect several different electronic devices each having a universal serial bus (USB) interface when needed. By manually enabling a switch of the electronic switching device for a universal serial bus (USB) interface, a trigger signal generated from a trigger signal generator will be outputted to a control signal generator to generate a control signal for connecting related electronic devices. A delay signal generator can be added to avoid the intermediate devices being operated unintentionally.

**12 Claims, 10 Drawing Sheets**





Fig. 1



Fig 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10

US 6,564,275 B1

1

# ELECTRONIC SWITCHING DEVICE FOR A UNIVERSAL SERIAL BUS INTERFACE

## FIELD OF THE INVENTION

The present invention relates to a switching device for a universal serial bus interface, and more particularly to an electronic switching device that can connect a plurality of device each having a universal serial bus interface, so as to share related resources.

## BACKGROUND OF THE INVENTION

All of the conventional switching devices for a universal serial bus (USB) interface are mechanical switching devices. The switching action of the mechanical switching device is a kind of sequential switching, therefore, when the switch passes the intermediate unrelated connection points, the related electronic signal will cause unrelated devices to operate, even though the connection time is very short. When the switching between related devices is very fast, the related devices may not operate accurately.

Furthermore, a mechanical switching device is apt to form the disconnection problem, and sometimes is not very easy to twist/turn.

## OBJECTS OF THE INVENTION

It is therefore an object of the present invention to provide an electronic switching device for a universal serial bus interface, such that when enabling the switch sequentially to select a related device, due to a delay signal generator design the intermediate devices will not operate.

It is another object of the present invention to provide an electronic switching device for a universal serial bus interface, so as to replace the conventional mechanical switching device to avoid the disconnection problem, and the twist/turn problem.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with the following drawings, in which:

FIG. 1 is a schematic block diagram according to a first embodiment of the present invention.

FIG. 2 is the circuit diagram of the first embodiment of the present invention.

FIG. 3 is the circuit diagram of a second embodiment according to the present invention.

FIG. 4 is the circuit diagram of a third embodiment according to the present invention.

FIG. 5 is a schematic block diagram of the first embodiment of the present invention showing that a delay signal generator is added.

FIG. 6 is a schematic circuit diagram of the first embodiment of the present invention showing that a delay signal generator is added.

FIG. 7 is a schematic block diagram of the first embodiment of the present invention showing that a display is added.

FIG. 8 is a schematic circuit diagram of the first embodiment of the present invention showing that a display is added.

FIG. 9 is a schematic block diagram of the first embodiment of the present invention showing that an enable signal generator is added.

2

FIG. 10 is a schematic circuit diagram of the first embodiment of the present invention showing that an enable signal generator is added.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. 1, which is a schematic block diagram according to a first embodiment of the present invention. As shown in the figure, a trigger signal generator 11, a control signal generator 12, and a connector 13 are included, in which:

the trigger signal generator 11 having an output to be connected with an input of the control signal generator 12, and having a switch SW1 (please see FIG. 2) to output a trigger signal to control signal generator 12 when a user pushes the switch SW1 down;

the control signal generator 12 having an input to be connected with an output of the trigger signal generator 11, and having an ouput to be connected with an input of the connector 13, for receiving the trigger signal outputted from the trigger signal generator 11, and processing the trigger signal, then outputting a control signal to the connector 13;

the connector 13 having an input to be connected with a first universal serial bus (USB) interface 14 and a second universal serial bus (USB) interface 15, and having an output to be connected with a third universal serial bus (USB) interface 16. When the connector 13 receives the control signal outputted from the the control signal generator 12, the connector 13 will connect the third USB interface 16 with the first USB interface 14 or the second USB interface 15.

Next referring to FIG. 2, a detailed circuit of the first embodiment according to the present invention will be described. A trigger signal generator 11, a control signal generator 12, and a connector 13 are included, in which:

the trigger signal generator 11 comprising a resistor R1, a capacitor C1, and a switch SW1. The resistor R1 and the capacitor C1 are serially connected between VCC and ground (GND). One end of the resistor R1 is connected with VCC, the other end of the resistor R1 is connected with one end of the capacitor C1, the other end of the capacitor C1 is connected with GND. One end of the switch SW1 is connected to GND, the other end of the switch SW1 is connected to where the resistor R1 is connected with the capacitor C1, having a voltage V1. Before the switch SW1 is enabled, the switch SW1 does not conduct, and voltage V1 will be maintained at a HIGH voltage; when the switch SW1 is enabled, it will conduct, voltage V1 will be connected to GND, so as to change the HIGH voltage to LOW voltage. When SW1 is opened again, voltage V1 will return to HIGH voltage due to the charging of the capacitor C1. Therefore, open/short actions of SW1 will cause the capacitor C1 charging/discharging, and make the voltage V1 HIGH/LOW so as to generate a pulse signal to be used as a trigger signal to control the control signal generator 12;

the control signal generator 12 comprising a first D FLIP-FLOP (or an equivalent circuit) U2. The clock signal input terminal CP of the first D FLIP-FLOP U2 is connected with the output of the trigger signal generator 11, while the reverse data output terminal QN is connected with the data input terminal D, and the output signal from the positive data output terminal Q is used as the control signal of the connector 13. When

US 6,564,275 B1

3

the clock signal input terminal CP receives a pulse signal, the voltage of terminal D will be moved to terminal Q, while a reverse voltage of the original voltage of the terminal D will be formed at terminal QN, and the voltage of the terminal QN will then be sent back to terminal D. When the terminal CP receives the next pulse signal, the first D FLIP-FLOP U2 will repeat the above procedures. Therefore, when the terminal CP receives pulse signals continuously, the HIGH voltage and the LOW voltage will be outputted alternately, and used as the control signals for the connector 13;

the connector 13 comprising a first multiplexor U3 (or an equivalent circuit), the first set of signal input terminal X1 and Y1 is connected with the first USB interface 14, the second set of signal input terminal X2 and Y2 is connected with the second USB interface 15, the third set of signal input terminal X3 and Y3 is connected with the third USB interface 16, while a selecting signal input terminal SEL is connected with the output of the control signal generator 12, and the alternating signals outputted from the control signal generator 12 are used as the selecting signal of the first multiplexor U3. When a LOW voltage signal is inputted into the selecting signal input terminal SEL, the inputted signals to the first set of signal input terminal X1 and Y1 are outputted from the signal output terminal X3 and Y3. When a HIGH voltage signal is inputted into the selecting signal input terminal SEL, the inputted signals to the second set of signal input terminal X2 and Y2 are outputted from the signal output terminal X3 and Y3. In other words, the LOW voltage and the HIGH voltage of the selecting signal input terminal SEL will make the first USB interface 14 and the second USB interface 15 to be connected with the third USB interface 16 respectively.

Referring to FIG. 3, which is the circuit diagram of a second embodiment according to the present invention. As shown in the figure, wherein the control signal generator 12 comprises two D FLIP-FLOPs (or equivalent circuits). The clock signal input terminal CP of the first D FLIP-FLOP U2 is connected with the output of the trigger signal generator 11, while the reverse data output terminal QN is connected with its data input terminal D. The clock signal input terminal CP of the second D FLIP-FLOP U4 is connected with the reverse data output terminal QN of the first D FLIP-FLOP U2, while the reverse data output terminal QN of the second D FLI P-FLOP U4 is connected with its data input terminal D, and the positive data output terminals Q of the first D FLIP-FLOP U2 and the second D FLIP-FLOP U4 are used as the control signals for the connector 13. When the clock signal input terminal CP of the first D FLIP-FLOP U2 receives a pulse signal, the voltage of its data input terminal D will be moved the positive data output terminal Q, while a reverse voltage of the original data input terminal D will be formed at the reverse data output terminal QN, and the voltage of the reverse data output terminal QN will then be sent back to the data input terminal D. When the next pulse signal is inputted to the control signal generator 12, the voltage of the data input terminal D will be moved to the positive data output terminal Q of the first D FLIP-FLOP U2, and now the voltage of the positive data output terminal Q is opposite to the voltage generated by the previous pulse signal inputted to the control signal generator 12. Thus a HIGH voltage and a LOW voltage wi be generated alternately. The voltage of the reverse data output terminal QN of the first D FLIP-FLOP U2 is used as a trigger signal to be

4

inputted to the clock signal output terminal CP of the second D FLIP-FLOP U4, thus the positive data output terminal Q of the second D FLIP-FLOP U4 also generates HIGH and LOW voltages alternately, having a frequency just a half of the first D FLIP-FLOP U2's. Therefore, four patterns of LOW and LOW voltages, HIGH and LOW voltages, LOW and HIGH voltages, HIGH and HIGH voltages are obtained at the positive data output terminals Q of the first D FLIP-FLOP U2 and the second D FLIP-FLOP U4, and are outputted alternately as the control signals to let the connector 13 connect different USB interfaces.

Referring to FIG. 4, which is the circuit diagram of a third embodiment according to the present invention. The difference between the circuit in FIG. 4 and the aforementioned electronic switching device for USB interface is the internal resistance in the connector 13. As shown in the figure, a first multiplexor U3 and a second multuplexor U3' are parallely connected in the connector 13, so as to decerase the internal resistance in connector 13, therefore, the quality of the signal transmmision between USB interfaces are enhanced, and the distance between USB interfaces can be increased.

Referring to FIGS. 5 and 6, which are the schematic block diagram and the circuit diagram of the first embodiment and the present invention showing that a delay signal generator 17 is added. As shown in the figures, the delay signal generator 17 comprises a resistor R2, a capacitor C2 and a diode D1 (see FIG. 6), having its input to be connected with the output of the trigger signal generator 11, and its output to be connected with the enable terminal OE of the connector 13. The resistor R2 and the capacitor C2 are serially connected between VCC and GND, one end of the resistor R2 is connected with VCC, while the other end thereof is connected with one end of the capacitor C2, having a voltage V2, the other end of the capacitor C2 is connected to GND, the positive terminal of the diode D1 is connected with the voltage V2, while the negative terminal thereof is connected with one end of the resistor R3, the other end of the resistor R3 is the input terminal for the delay signal generator 17, and V1 (the output of the trigger signal generator 11) is used as the input of the delay signal generator 17, V2 is the output of the delay signal generator 17.

When the switch SW1 of the trigger signal generator 11 is conducting, the voltage V1 will be changed from HIGH voltage to LOW voltage, so the voltage V2 will also be changed from HIGH voltage to LOW voltage. When the switch SW1 of the trigger signal generator 11 is opened, the voltage V1 will be changed from LOW voltage to HIGH voltage, so the voltage V2 will also be changed from LOW voltage to HIGH voltage. In order to delay the time of V2 from LOW voltage to HIGH voltage, the present invention selects a capacitor having a longer time constant as the second capacitor C2. When the switch SW1 of the trigger signal generator 11 is conducting, the enable terminal OE of the connector 13 will be LOW voltage, thus the USB interfaces are all disconnected. After a while, the voltage V2 will be changed from LOW voitage to HIGH voltage, and the related USB interfaces are connected according to the control signals outputted from the control signal generator 12. The design of the present invention is to let the user turn the switch sequentially to select the required USB interface connection (e.g. push the switch button once to select the first device, and push the switch button twice to select the second device). However, if a user pushes the switch several times quickly, the unrelated intermediate USB interfaces might be conducting to cause signal confusing and disable the whole system, therefore, a delay signal generator 17 is needed to avoid unrelated device to react due to the delay saturation of the voltage V2.

US 6,564,275 B1

5

Referring to FIGS. 7 and 8, which are the schematic circuit block diagram and the circuit diagram of the first embodiment of the present invention showing that a display 18 is added. As shown in the figures, the input of the display 18 is connected with the output of the control signal generator 12, the different signals outputted from the control signal generator 12 will make LED 1, LED 2 conducting respectively, so as to show the connections between different USB interfaces.

Referring to FIGS. 9 and 10, which are the schematic circuit block diagram and the circuit diagram of the first embodiment of the present invention showing that an enable signal generator 19 is added. As shown in the figure, the output of the enable signal generator 19 is connected with the control signal generator 12. The enable signal generator comprises a resistor R4 and a capacitor C4, wherein the resistor R4 and the capacitor C4 are serially connected between VCC and GND. One end of the resistor R4 is connected to GND, while the other end thereof is connected with one end of the capacitor C4, having a voltage V3. The other end of the capacitor C4 is connected with VCC. When VCC is conducting, V3 will be changed from LOW voltage to HIGH voltage immediately, and sent to the reset terminal R of the first D FLIP FLOP U2 of the control signal generator 12 to clear the output of the first D FLIP FLOP U2 to LOW voltage. After a while, since the capacitor C4 is charged, V3 will be changed from HIGH voltage to LOW voltage, and maintained at LOW voltage, and the control signal generator 12 will not be influenced by the enable signal generator 19. Thus the connections between different USB interfaces are the same whenever the VCC begins conducting.

Furthermore, VCC will be used as the HIGH voltage of the present invention, no other power supply is needed, and a diode can be connected between VCC and each USB interface to avoid the reverse current flowing from USB interface to VCC.

In addition, the pulse signal outputted from the trigger signal generator 11 can be a positive or a negative pulse signal, and the number of the control signal outputted from the control signal generator is not limited. The numbers of the display, multiplexors and USB interfaces are also not limited.

The above embodiments are only used for description, and can not be treated as a limitation. The spirit and scope of the present invention will only be limited by the appended claims.

What is claimed is:

1. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal genrator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the trigger signal generator comprises a resistor, a capacitor, and a switch, the resistor and the capacitor being serially connected between a power supply and a ground one end of the switch being connected to the ground, and the other end of the switch being connected to where the resistor and the capacitor are connected, such that when a user enables the switch, the switch will generate a pulse signal to be used as a trigger signal for outputting to the control signal generator;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector,

6

for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal.

2. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal, and

the control signal generator comprises a D FLIP-FLOP having a clock signal input terminal to be used as the input of the control signal generator, and a reverse data output terminal to be connected with a data input terminal of the D FLIP-FLOP, a positive data output terminal of the D FLIP-FLOP being used as the output of the control signal generator.

3. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal, and

US 6,564,275 B1

7

the connector comprises a multiplexor, an input and an output of the multiplexor being connected respectively with each universal serial bus (USB) interface of different electronic devices, and a selecting signal input terminal thereof being connected with the output of the control signal generator.

4. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal, and

the control signal generator comprises at least two D FLIP-FLOPs, a clock signal input terminal of the first D FLIP-FLOP being connected with the output of the trigger signal generator, while a reverse data output terminal is connected with its data input terminal; a clock signal input terminal of the second D FLIP-FLOP being connected with the reverse data output terminal of the first D FLP-FLOP, while a reverse data output terminal of the second D FLIP-FLOP is connected with its data input terminal; and so on; and the positive data output terminals of all the D FLIP-FLOPs being used as the control signals for the connector.

5. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal, and

the connector comprises at least two identical multiplexors to be parallelly connected for decreasing the internal resistance in the connector.

8

6. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal, and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal, and

a delay signal generator is provided between the trigger signal generator and the connector, having an input to be connected with the output of the trigger signal generator, and having an output to be connected with an enable terminal of the connector.

7. An electronic switching device for a universal serial bus (USB) interface according to claim 6, wherein the delay signal generator comprises two resistors, a capacitor and a diode, having its input to be connected with the output of the trigger signal generator, and having its output to be connected with the enable terminal of the connector, the first resistor and the capacitor being serially connected between a power supply and a ground, a point where the first resistor and the capacitor are connected being connected with a positive terminal of the diode and the enable terminal of the connector, while a negative terminal of the diode is connected with one end of the second resistor, and the other end of the second resistor being the input terminal of the delay signal generator.

8. An electronic switching device for a universal serial bus (USB) interface according to claim 1, wherein the control signal generator is connected with a display for showing the current connections of the universal serial bus (USB) interfaces.

9. An electronic switching device for a universal serial bus (USB) interface according to claim 8, wherein the display comprises light emitting diodes.

10. An electronic switching device for a universal serial bus (USB) interface, comprising a trigger signal generator, a control signal generator, and a connector, wherein:

the trigger signal generator has an output to be connected with an input of the control signal generator, and a switch to output a trigger signal to the control signal generator when a user enables the switch;

the control signal generator has an input to be connected with an output of the trigger signal generator, and an output to be connected with an input of the connector, for receiving the trigger signal outputted from the trigger signal generator, processing the trigger signal and then outputting a control signal to the connector; and

the connector has an input to be connected with each universal serial bus (USB) interface of at least two

US 6,564,275 B1

9

electronic devices, and an output to be connected with a universal serial bus (USB) interface of another electronic device, such that when the connector receives the control signal outputted from the control signal generator, the connector will connect related universal serial bus (USB) interfaces according to the control signal,

the control signal generator is connected with an enable signal generator so that the connections between different USB interfaces are the same whenever the power supply begins conducting; and

the enable signal generator comprises a resistor and a capacitor, the resistor and the capacitor being serially connected between the power supply and the ground, and a point where the resistor and the capacitor are

10

connected being used as an output to be connected with a reset terminal of the control signal generator.

11. An electronic switching device for a universal serial bus (USB) interface according to claim 1, wherein the power supply used by the electronic switching device for a universal social bus (USB) interface is the power supply used by the connected universal serial bus (USB) interface.

12. An electronic switching device for a universal serial bus (USB) interface according to claim 1, wherein a diode is connected between the power supply and each USB interface to avoid the reverse current flowing from the connected universal serial bus (USB) interface to the power supply.

*  *  *  *  *

# EXHIBIT C

US006957287B2

(12) **United States Patent**
Lou et al.

(10) Patent No.: **US 6,957,287 B2**
(45) Date of Patent: **Oct. 18, 2005**

(54) **ASYNCHRONOUS/SYNCHRONOUS KVMP SWITCH FOR CONSOLE AND PERIPHERAL DEVICES**

(75) Inventors: **Tony Lou**, Shijr (TW); **Kevin Chen**, Shijr (TW); **Sampson Yang**, Irvine, CA (US)

(73) Assignee: **ATEN International Co., Ltd.**, Shijr (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 242 days.

(21) Appl. No.: **10/065,375**

(22) Filed: **Oct. 10, 2002**

(65) **Prior Publication Data**

US 2003/0093599 A1    May 15, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/338,071, filed on Nov. 9, 2001.

(51) Int. Cl.[7] .............................................. G06F 13/12
(52) U.S. Cl. .............................. **710/72**; 710/10; 710/16
(58) Field of Search .............................. 710/306–317, 710/62–64, 72–73, 8–12, 15–17, 36–38, 710/43

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,866,667 A | 9/1989 | Shimada | 364/900 |
| 5,721,842 A | 2/1998 | Beasley et al. | 395/311 |
| 5,754,881 A | 5/1998 | Aas | 395/822 |
| 5,841,424 A | 11/1998 | Kikinis | 345/168 |
| 5,884,096 A | 3/1999 | Beasley et al. | 395/858 |
| 6,035,345 A | 3/2000 | Lee | 710/8 |
| 6,073,188 A | 6/2000 | Fleming | 710/38 |

| | | | |
|---|---|---|---|
| 6,131,135 A | 10/2000 | Abramson et al. | 710/126 |
| 6,141,719 A | 10/2000 | Rafferty et al. | 710/131 |
| 6,192,423 B1 | 2/2001 | Graf | 710/31 |
| 6,240,472 B1 | 5/2001 | Hu | 710/72 |
| 6,256,014 B1 | 7/2001 | Thomas et al. | 345/163 |
| 6,263,374 B1 | 7/2001 | Olnowich et al. | 709/253 |
| 6,263,392 B1 | 7/2001 | McCauley | 710/129 |
| 6,295,570 B1 | 9/2001 | Clemens et al. | 710/129 |
| 6,304,895 B1 | 10/2001 | Schneider et al. | 709/203 |
| 6,314,479 B1 * | 11/2001 | Frederick et al. | 710/63 |
| 6,324,605 B1 * | 11/2001 | Rafferty et al. | 710/100 |
| 6,549,966 B1 * | 4/2003 | Dickens et al. | 710/300 |
| 6,671,756 B1 * | 12/2003 | Thomas et al. | 710/73 |
| 6,697,905 B1 * | 2/2004 | Bealkowski | 710/316 |
| 6,715,010 B2 * | 3/2004 | Kumata | 710/71 |
| 2003/0005186 A1 * | 1/2003 | Gough | 710/8 |

* cited by examiner

Primary Examiner—Paul R. Myers
Assistant Examiner—Raymond N Phan
(74) Attorney, Agent, or Firm—Sheldon & Mak; Robert J. Rose

(57) **ABSTRACT**

A signal switch for sharing a video monitor, a plurality of console devices compliant with an industry standard and one or more than one peripheral device in any of a plurality of computer systems, is provided comprising a CPU with a first memory for storing a management program for managing the signal switch; a hub switch module connected to the CPU and configured to communicate with any of the plurality of computer systems, and the one or more than one peripheral device; a device control module for emulating according to the industry standard the plurality of console devices, connected to the CPU and the hub switch module; a host control module connected to the CPU and configured to communicate with the plurality of console devices; and a video control module connected to the CPU and configured to communicate with a video monitor device.

**7 Claims, 5 Drawing Sheets**



EXHIBIT C  PAGE 24



# Fig. 1

EXHIBIT C  PAGE 25



# Fig. 2

EXHIBIT C  PAGE 26



# Fig. 3

EXHIBIT C  PAGE 27



*Fig. 4*

EXHIBIT C  PAGE 28



Fig. 5

EXHIBIT C  PAGE 29

US 6,957,287 B2

1

## ASYNCHRONOUS/SYNCHRONOUS KVMP SWITCH FOR CONSOLE AND PERIPHERAL DEVICES

### CROSS REFERENCE TO RELATED APPLICATIONS

The present Application claims the benefit of U.S. Provisional Patent Application No. 60/338,071 titled "Asynchronous/Synchronous Electronic USB KVMP Switch" filed Nov. 9, 2001; the contents of which are incorporated by reference in this disclosure in their entirety.

### BACKGROUND OF INVENTION

A single-user or multi-user keyboard-video-mouse ("KVM") switch system is a signal switch that allows a single user or multiple users to share just a single keyboard, video device and mouse, or multiple sets of keyboards, video devices and mice.

A problem with current KVM switches is that if a USB peripheral, such as a printer, is connected to the switch, data flow is interrupted to that peripheral when the switch is changed.

Universal Serial Bus (USB) is a communications architecture that gives a personal computer (PC) the ability to interconnect a variety of devices using a simple cable. The USB is actually a two-wire serial communication link that runs at either 1.5 or 12 megabits per second (Mbps). USB protocols can configure devices at startup or when they are plugged in at run time. These devices are broken into various device classes. Each device class defines the common behavior and protocols for devices that serve similar functions.

The most current information concerning the USB standard is maintained at the following site on the World Wide Web: http://www.usb.org. Available at that source are the Universal Serial Bus (USB) Specification, the USB HID Usage Supplement, and the Device Class Definition for Human Interface Devices (HID).

The HID class consists primarily of devices that are used by humans to control the operation of computer systems. Typical examples of HID class devices include: keyboards and pointing devices—for example, standard mouse devices, trackballs, and joysticks; front-panel controls—for example: knobs, switches, buttons, and sliders; controls that might be found on devices such as telephones, VCR remote controls, games or simulation devices—for example: data gloves, throttles, steering wheels, and rudder pedals; and devices that may not require human interaction but provide data in a similar format to HID class devices—for example, bar-code readers, thermometers, or voltmeters.

What is needed is a KVM switch that is also a peripheral sharing switch, which would allow all the computers connected to the switch to share any USB peripheral devices without interruption of data flow to that peripheral when the switch is changed, and which would switch the KVM channels and peripheral channels to a common computer or to different computers either asynchronously or synchronously.

### SUMMARY OF INVENTION

The present invention meets this need by providing a KVM switch that is also a peripheral sharing switch, which allows all the computers connected to the switch to share any USB peripheral devices, and which can switch the KVM

2

channels and peripheral channels to a common computer or to different computers either asynchronously or synchronously without interruption of data flow to that peripheral when the switch is changed. USB peripherals may be synchronously or asynchronously switched with the KVM channels.

The present invention, USB KVMP, allows multiple USB keyboards and multiple USB mice communicating with a common computer at the same time. The USB KVMP provides multiple USB peripheral channels to users and those channels can be connected with all kinds of USB peripherals, such as a USB hub, USB printer, USB scanner, USB camera, etc.

A signal switch is disclosed for sharing a video monitor, a plurality of console devices and one or more than one peripheral device in any of a plurality of computer systems, comprising a CPU comprising a first memory for storing a management program for managing the signal switch; a hub switch module connected to the CPU and configured to communicate with any of the plurality of computer systems, and the one or more than one peripheral device, such that a signal passing from the hub switch module to the one or more than one peripheral device emulates origination from a computer; a device control module for emulating the video monitor and plurality of console devices, connected to the CPU and the hub switch module; a host control module connected to the CPU and configured to communicate with the plurality of console devices; and a video control module connected to the CPU and configured to communicate with a video monitor device.

In a further embodiment, the signal switch further comprises an OSD control device connected to the CPU and the video control module.

In a preferred embodiment the host control module comprises a root hub, the plurality of console devices and one or more than one peripheral device are USB compliant, and the console devices comply with an industry standard specification.

A method is described for sharing a video monitor, a plurality of console devices compliant with an industry standard and one or more than one peripheral device in any of a plurality of computer systems through a signal switch, comprising: initializing the signal switch; emulating one or more of the console devices according to the industry standard; enumerating ports of a root hub; determining whether any downstream ports exists, and if so, enumerating the downstream ports; determining whether any of the plurality of console devices is connected to the root hub, or any downstream ports, and if so, then enumerating each connected device; determining whether any of the connected devices is compliant with the industry standard; enumerating each complaint connected device and parsing any data from such device; and repeatedly polling to determine whether any of the plurality of console devices, any of the one or more than one peripheral device, or any downstream port, has been plugged or unplugged, and if so, resetting control.

In one preferred embodiment, the management program comprises steps for managing the signal switch, and the described method.

A signal switch is described for sharing one or more console devices and one or more peripheral devices in any of a plurality of computer systems, comprising: a first channel for connecting a selected console device from the one or more console devices to a first selected computer system from the plurality of computer systems; a second channel connecting the first selected computer system to a selected peripheral device from the one or more peripheral

EXHIBIT C  PAGE 30

US 6,957,287 B2

**3**

devices, the second channel having a data flow between the first selected computer system and the selected peripheral device; a third channel for connecting the selected console device to a second selected computer system from the plurality of computer systems; and means for switching the selected console device between the first channel and the third channel without interruption of the data flow through the second channel between the first selected computer system and the selected peripheral device.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the present invention will become better understood with reference to the following description, appended claims, and accompanying drawings, where:

FIG. 1 is a system diagram of one possible use of the use of signal switch of FIG. 4.

FIG. 2 is a system diagram of another possible use of the use of signal switch of FIG. 4.

FIG. 3 is a system diagram of another possible use of the use of signal switch of FIG. 4.

FIG. 4 is a block diagram of the signal switch of the present invention.

FIG. 5 is a function block diagram of process useable as a management control program for the signal switch of FIG. 4.

## DETAILED DESCRIPTION

The present invention is directed to a signal switch for sharing one or more than one video monitor, keyboard, mouse and peripheral device. The signal switch of the present invention is the combination of a KVM (keyboard video mouse) switch and a peripheral sharing switch. KVM switches are well known in the art with reference to this disclosure. The signal switch according to the present invention allows all computers connected to the switch to share all USB peripheral devices connected to the switch.

The signal switch can either asynchronously or synchronously switch KVM channels and peripheral channels to a common computer or different computer. In other words, the KVM channels and peripheral channels may be switched together (synchronously) or separately (asynchronously).

The present invention utilizes USB emulation programs to emulate the HID (Human Interface Devices) specification, thereby enabling a switch to communicate with the USB ports of PCs, and through USB host emulation programs, enable a switch to communicate with USB devices such as USB keyboards and USB mice, and a USB hub. In other words, the use of emulation makes a switch appear as a computer to peripheral devices, and enables the switch to communicate with USB devices or USB PCs at the same time.

Although an embodiment is described with reference to the current HID specification, it will be apparent to those skilled in the art with reference to this disclosure that the invention may be implemented with any specification for device interfacing.

FIG. 1 illustrates one of the many ways in which the present invention may be used, in a simple configuration, a signal switch 10 according to the present invention permits a user to control a plurality of computer systems 12 (represented by first computer 121 and second computer 122), and USB compatible peripherals 20 (as shown by first printer 22) with a monitor 14, first keyboard 16, and first mouse 18. In this example, control of the peripheral first printer 22 can be

**4**

maintained by computer 121 even while monitor 14, first keyboard 16 and first mouse 18 are controlling computer 122. This is because switch 10 can switch between a first channel (not shown) connecting monitor 14, first keyboard 16 and first mouse 18 to first computer 121 and a third channel (not shown) connecting monitor 14, first keyboard 16 and first mouse 18 to second computer 122, while maintaining a second channel (not shown) connecting first computer 121 to first printer 22 such that a first data flow between first computer 121 and first printer 22 is not interrupted.

With reference to FIG. 2, a more robust use is shown permitting a user to control a larger number of computer systems 12 (represented by first computer 121, second computer 122, third computer 123, and fourth computer 124), and USB compatible peripherals 20 with monitor 14, first keyboard 16, and first mouse 18. Note that with the present invention it is possible to have one or more than one USB hub 24 also connected to signal switch 10, which in turn can connect to one or more than one further peripherals such as scanner 241, or one or more than one downstream hub 242, which in turn may be connected to one or more than one peripherals such as second printer 2421. It thus can be seen that any desired tree of hubs/peripherals can be connected to signal switch 10 and thus controlled synchronously or asynchronously by the one or more than one computer systems 12 under the management of a single set of monitor 14, first keyboard 16, and first mouse 18.

Thus, for example, the first data flow between first computer 121 and first printer 22, a second data flow between third computer 123 and scanner 241, and a third data flow between fourth computer 124 and second printer 2421 all could be maintained without interruption while keyboard 16 and mouse 18, are optionally monitor 14, are switched among computer systems 12.

Peripheral devices that can be connected with the present invention include but are not limited to a USB hub, printer, scanner and camera. Other examples of peripherals will be understood by one skilled in the art with reference to this disclosure.

With reference to FIG. 3, in a still further use of the present invention, by way of example it is possible to connect multiple KM devices such as second keyboard 161, third keyboard 162, second mouse 181, second mouse 182, first composite KM device 191 and second composite KM device 192. Preferably, since a signal switch usually only has two USB console ports, one or more than one downstream hub may be connected, such as first downstream hub 171 and second downstream hub 172, to which may be connected one or more than one KM devices.

With reference to FIG. 4, the signal switch 10 comprises a central processing unit ("CPU") 30 for managing the signal switch 10. A USB hub switch module 32 is connected to the CPU 30 and is configured to communicate with a plurality of computer systems 12 through first output ports 34. The USB hub switch module 32 is also configured to communicate with peripheral devices 20 through output ports 36. In FIG. 4, four connections are shown between first output ports 34 and the USB hub switch module 32, but this is by way of example only. The number of connections will equal the number of computer systems 12 for which the signal switch 10 is configured.

Likewise, in FIG. 4, two connections are shown between second output ports 36 and the USB hub switch module 32, but this is also by way of example only. The number of connections will equal the number of peripheral output ports for which the signal switch 10 is configured.

EXHIBIT C  PAGE 31

US 6,957,287 B2

5

The USB hub switch module 32 is a bridge between peripheral devices 20 and computer systems 12 and allows the signal switch 10 to connect each of a plurality of computer systems to one or more than one peripheral device. Construction of a circuit suitable as a USB hub switch module is well known in the art with reference to this disclosure. In one preferred embodiment, the USB hub switch module includes 4 USB hubs and matrix analog switches which are controlled by CPU firmware. Texas Instruments(r) manufactures USB Hub chips that are suitable for this module, and the module can be constructed using Application Specific Integrated Circuit (ASIC) design methodology.

A USB device control module 38 for controlling signals is connected to the CPU 30 and the USB HUB switch module 32. The USB device control module 38 comprises USB device chips that are used to emulate the console devices, such as first keyboard 16 and first mouse 18, for the first output ports 34. In other words, by having a USB device chip emulate console devices attached to a first computer system, actual console devices may be switched to a second or different computer system, leaving any channels between the first computer system and peripherals connected, any data flow in such channels uninterrupted, and the first computer system still processing as if the actual console devices, now emulated, were still connected. These chips are controlled by CPU 30 firmware. One device chip is required for each computer system 12. Construction of a circuit suitable as a USB device control module is well known in the art with reference to this disclosure.

In FIG. 4, four connections are between the USB device control module 38 and the USB hub switch module 32, but this is by way of example only. The number of connections will equal the number of computer systems 12 for which the signal switch 10 is configured. In one preferred embodiment, the USB device control module includes 4 USB device chips and the chips are also controlled by CPU firmware. Philips Semiconductors(r) makes chips suitable for use in this module, and the module may also be constructed using Application Specific Integrated Circuit (ASIC) design methodology.

Referring to FIG. 4, the CPU 30 comprises a first memory 40 for storing a management program 42 for managing the operation of the signal switch 10. A flowchart of the function of a portion of management program 42 suitable for use in the present invention is illustrated in FIG. 5, and described below.

A USB host control module 44 is configured to communicate with a plurality of console devices and is connected to the CPU 30. Construction of a circuit suitable as a USB host control module is well known in the art with reference to this disclosure. The USB host control module 44 itself comprises a root hub 46 for communicating with one or more than one console devices or downstream hubs, through third output ports 48. The root hub is a USB compatible hub, which is well known in the art with reference to this disclosure.

As shown in FIG. 3, one or more than one downstream hub may be connected to the signal switch 10, such as first downstream hub 171 and second downstream hub 172, communicating with root hub 46 through one of the third output ports 48. It is possible to daisy chain up to 127 devices by adding more downstream hubs.

Typically, third output ports 48 comprise two physical ports. Optionally, in a different embodiment, an internal additional console USB hub (not shown) may be connected to the root hub 46 for increasing the number of third output

6

ports 48 available for connecting console devices. The CPU 30 firmware has the ability to handle hub functions. Construction of firmware suitable to run the CPU according to the method disclosed herein is known in the art with reference to this disclosure.

An optional video/panel control device module 50 is connected to the CPU 30 for communicating with a variety of optional panel display devices 54 (shown in broken lines), such as light panels, LEDs, buttons, video controller switches, or other optional panel devices. If an on screen display ("OSD") function is provided, then an optional OSD control device module 56 (shown in broken lines) is connected to the CPU 30 and the video/panel control device module 50 for controlling and adjusting signals to an external monitor 14 through fourth output port 52. Construction of circuits suitable for use as a video/panel control device module or optional OSD control device module is known in the art with reference to this disclosure.

With reference to FIG. 5, the process of a portion of a management program 42 suitable for use in the present invention may proceed as follows. In step 210 the signal switch 10 is initialized. In step 212, a root hub 46 is enumerated and any root hub message from the root hub 46 is saved. In step 214 it is determined whether any device is connected to the root hub 46. If a device is determined to be connected to the root hub 46, program process passes to step 216, else the process passes to step 226.

In step 216, each device determined to be connected to the root hub 46 is enumerated, and a device message from the USB device determined to be connected to the root hub 46 is parsed and saved in a suitable memory.

Next, in step 218, it is determined whether any downstream hub is connected to the root hub 46. If no downstream hub is determined to be connected to the root hub 46, the process proceeds to step 228. If a downstream hub is detected, the process passes to step 220. In step 220 each downstream hub determined to be connected to the root hub 46 is enumerated and a downstream port status of the hub is received. The process then proceeds to step 222.

In step 222, it is determined whether any device is existing in a port of the downstream hub. If no device is determined to be existing in a port of the downstream hub, the process proceeds to step 228. If, in step 222, a device is determined to be existing in a port of a downstream hub, the process proceeds to step 224 where each such device is enumerated and a connecting device message is parsed and saved in a suitable memory. The process then proceeds to step 228.

In step 228, it is determined whether the connected device is a HID keyboard or mouse or other HID compliant device. As will be evident to those skilled in the art with reference to this disclosure, this step could test for compliance with any desired industry standard or device class. If the connected device is not such a device, the process proceeds to step 232 which is an error process which results in resetting a HOST control RAM in step 240. If the connected device is determined to be the complaint, then in the next step 230, each such connected device is enumerated and its report data is parsed. The reason for the compliance test is that the switch has been constructed to emulate certain console devices which comply with an industry standard device class.

Control then passes to step 226 where the HUB switch module 32 is polled. In optional step 234 any panel or LED circuit is polled. In step 238 it is determined whether any downstream port is unplugged or plugged. If the downstream port is unplugged or plugged the process proceeds to step 240 where the HOST control RAM is reset. After

EXHIBIT C   PAGE 32

US 6,957,287 B2

7

resetting the HOST control RAM in step **240** the process returns to step **212**. Else, the process proceeds to step **242** where the KVM devices are polled and the process returns to step **234**.

The firmware controls the USB console devices and PC console device emulations. It is not necessary to control the USB peripherals, since the invention generates a path or channel between the USB peripherals and the linked PCs which is undisturbed by switching the channels between the complaint KM devices and the PCs.

Those skilled in the art with reference to this disclosure will be able to construct a USB emulation program suitable for use in the present invention by following the human interface device (HID) specification. The HID specification defines a quasi-language for the HID-compliant USB device to tell the host how to interpret the data that the host receives. This quasi-language is flexible and permits many ways to describe the same piece of functionality. The invention will be useable with other industry standard specifications that define a procedure to tell a host how to interpret the data that the host receives from a standards-compliant device.

Currently, a Device Class Definition for Human Interface Devices (HID) Firmware Specification-Jun. 27, 2001, Version 1.11, is available at http://www.usb.org/developers/data/devclass/HID1_11.pdf and is incorporated herein. The most current version of the specification and other HID related information is maintained at http://www.usb.org/developers/hidpage.html.

Using a bus analyzer, such as one available currently from Computer Access Technology Corp. it is possible to read the USB bus and analyze the data packets coming from a keyboard and a mouse. The HID specification provides interpretation of the packet meaning. By providing that all the console devices be complaint with the HID specification, or some future standard specification, it is only necessary to emulate such HID or standards-compliant devices.

In a preferred embodiment the whole system programs, which include USB Hub switch control, USB device chip control (device emulation) and console device emulation (Host emulation) are all built in a CPU chip (Flash ROM or PROM). One skilled art with reference to this disclosure and following the referenced specifications will be able to write a USB emulation program suitable to make a switch appear as a PC to peripheral devices, and enable the switch to communicate with USB devices or USB PCs at the same time.

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense. It should be appreciated that the present invention should not be construed as limited by such embodiments, but rather construed according to the below claims.

We claim:

1. A signal switch for sharing a video monitor, a plurality of console devices compliant with an industry standard and one or more than one peripheral device in any of a plurality of computer systems, comprising:

a CPU comprising a first memory for storing a management program for managing the signal switch;

a hub switch module connected to the CPU and configured to communicate with any of the plurality of computer systems, and the one or more than one peripheral device, such that a signal passing from the hub switch module to the one or more than one peripheral device emulates origination from a computer;

8

a device control module for emulating according to the industry standard the plurality of console devices, connected to the CPU and the hub switch module;

a host control module connected to the CPU and configured to communicate with the plurality of console devices; and

a video control module connected to the CPU and configured to communicate with a video monitor device;

wherein the console devices can be switched either synchronously or asynchronously with the one or more than one peripheral device to the same one of the plurality of computer systems or to different ones of the plurality of computer systems, without interruption of the signal to the one or more than one peripheral device.

2. The signal switch of claim 1, further comprising an OSD control device connected to the CPU and the video control module.

3. The signal switch of claim 1, the host control module comprising a root hub.

4. The signal switch of claim 1, wherein the industry standard is the Device Class Definition for Human Interface Devices (HID).

5. A method for sharing a video monitor, a plurality of console devices compliant with an industry standard and one or more than one peripheral device in any of a plurality of computer systems through a signal switch, comprising:

initializing the signal switch;

emulating one or more of the console devices according to the industry standard;

enumerating ports of a root hub;

determining whether any downstream ports exists, and if so, enumerating the downstream ports;

determining whether any of the plurality of console devices is connected to the root hub, or any downstream ports, and if so, then enumerating each connected device;

determining whether any of the connected devices is compliant with the industry standard;

enumerating each complaint connected device and parsing any data from such device; and

repeatedly polling to determine whether any of the plurality of console devices, any of the one or more than one peripheral device, or any downstream port, has been plugged or unplugged, and if so, resetting control.

6. The signal switch of claim 1, where the management program comprises steps for managing the signal switch, and the method of claim 5.

7. A signal switch for sharing one or more console devices and one or more peripheral devices in any of a plurality of computer systems, comprising:

a first channel for connecting a selected console device from the one or more console devices to a first selected computer system from the plurality of computer systems;

a second channel connecting the first selected computer system to a selected peripheral device from the one or more peripheral devices, the second channel having a data flow between the first selected computer system and the selected peripheral device;

a third channel for connecting the selected console device to a second selected computer system from the plurality of computer systems; and means for switching the selected console device between the first channel and the third channel without interruption of the data flow through the second channel between the first selected computer system and the selected peripheral device.

*   *   *   *   *

EXHIBIT C  PAGE 33