John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Brian Wacter, Bar No. 223165
BWacter@perkinscoie.com
N. Thane Bauz, Bar No. 188439
TBauz@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-3334
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD., and
ATEN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC. and BELKIN, INC., <br><br> Defendant. | Case No. 8:09-CV-843 AG (MLGx) <br><br> NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:

PLEASE TAKE NOTICE of the appearance in this litigation by N. Thane Bauz on behalf of Plaintiff Aten International Co., Ltd., and Aten Technology, Inc.

| | |
|---|---|
| DATED: June 11, 2010 | **PERKINS COIE** LLP |
| | By: */s/ N. Thane Bauz* |
| | John P. Schnurer, Bar No. 185725 |
| | JSchnurer@perkinscoie.com |
| | Brian Wacter, Bar No. 223165 |
| | BWacter@perkinscoie.com |
| | N. Thane Bauz, Bar No. 188439 |
| | TBauz@perkinscoie.com |
| | |
| | Attorneys for Plaintiff |
| | ATEN INTERNATIONAL CO., LTD., and |
| | ATEN TECHNOLOGY, INC. |

-2-

NOTICE OF APPEARANCE
8:09-CV-843 AG (MLGx)

# PROOF OF SERVICE

I certify that on June 11, 2010, I caused the foregoing **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals of record. In addition, I caused service to be made on the individuals of record by the method indicated below:

| | |
|---|---|
| Robert W. Dickerson<br>    rdickerson@orrick.com<br>James C. Brooks<br>    jbrooks@orrick.com<br>Yasser M. El-Gamal<br>    ymel-gamal@orrick.com<br>Alyssa Caridis<br>    acaridis@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855 | \_\_\_ Via hand delivery<br>\_\_\_ Via U.S. Mail, 1st Class, Postage Prepaid<br>\_\_\_ Via Overnight Delivery<br>\_\_\_ Via Facsimile<br>_x_ Via Electronic Mail<br>\_\_\_ Other: _____ |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 11, 2010, at San Diego, California.

_/s/ Debbie Mart_
Debbie Mart