John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Brian Wacter, Bar No. 223165
BWacter@perkinscoie.com
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Cheng C. (Jack) Ko, Bar No. 244630
JKo@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Plaintiffs
ATEN INTERNATIONAL CO., LTD., and
ATEN TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br> Plaintiffs <br><br> v. <br><br> EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC. and BELKIN, INC., <br><br> Defendants | Case No.  8:09-CV-843 AG (MLGx) <br><br> ATEN INTERNATIONAL CO., LTD. AND ATEN TECHNOLOGY, INC.'S ANSWER TO BELKIN'S SUPPLEMENTAL AMENDED COUNTERCLAIMS <br><br> Hon. Andrew J. Guilford <br><br> Date Transferred: July 22, 2009 <br> Discovery Cutoff: March 8, 2011 <br> Pretrial Conf.:      October 18, 2011 <br> Trial Date:          November 1, 2011 |

Plaintiffs ATEN International Co., Ltd. and ATEN Technology, Inc. (collectively, "ATEN") hereby answer the Counterclaims set forth in Defendants' Belkin International, Inc., and Belkin, Inc. (collectively "Belkin") Supplemental Amended Answer and Counterclaims Re: Plaintiffs' Second Amended and Supplemental Complaint, as follows:

09074-0002/LEGAL19993500.1

**PARTIES**

1.      On information and belief, ATEN admits that Belkin International, Inc., and Belkin, Inc. are organized under the laws of the State of Delaware.  ATEN lacks sufficient information to admit or deny the remaining allegations of paragraph 1 of Belkin's Counterclaims and, therefore, denies those allegations.

2.      ATEN admits the allegations of paragraph 2 of Belkin's counterclaims.

3.      ATEN admits that ATEN Technology, Inc. is a corporation existing under the laws of the State of California.  ATEN further admits that ATEN Technology, Inc. is a subsidiary of ATEN International Co., Ltd.  ATEN further admits that ATEN Technology, Inc., together with ATEN International Co., Ltd., have brought an action against Belkin for infringing U.S. Patent Nos. 7,035,112 ("the '112 patent), 6,564,275 ("the '275 patent), 6,957,287 ("the '287 patent), 7,613,854 ("the '854 patent), and 7,542,299 ("the '299 patent).  ATEN denies any remaining allegations in paragraph 3 of Belkin's counterclaims.

**JURISDICTION AND VENUE**

4.      ATEN admits that the Court has jurisdiction over Belkin's First through Sixteenth Counterclaims under 28 U.S.C. §§ 2201 and 2202.  ATEN further admits that Belkin seeks declaratory judgment.  ATEN denies any remaining allegations in paragraph 4 of Belkin's counterclaims.

5.      ATEN admits that Belkin alleges its Seventeenth Counterclaim arises under 35 U.S.C. § 292.  ATEN denies any remaining allegations in paragraph 5 of Belkin's counterclaims.

6.      ATEN admits that venue is proper in this district.

**FIRST COUNTERCLAIM**

**(For Declaratory Judgment of Patent Non-Infringement – '112 Patent)**

7.      ATEN admits that an actual controversy exists as to whether Belkin infringes, contributes to the infringement of, or induces infringement of the '112

09074-0002/LEGAL19993500.1

patent.  ATEN denies any remaining allegations in paragraph 7 of Belkin's Counterclaims.

8.      ATEN admits that, by its Counterclaim, Belkin seeks a declaration that it has not and does not infringe the '112 patent literally or under the doctrine of equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a declaration that it has not contributed to or induced, and does not contribute to or induce, infringement of the '112 patent.  ATEN denies any remaining allegations in paragraph 8 of Belkin's Counterclaims.

## SECOND COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '112 Patent)

9.      ATEN admits that an actual controversy exists as to the validity of the '112 patent.  ATEN denies any remaining allegations in paragraph 9 of Belkin's Counterclaims.

10.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '112 patent is invalid.  ATEN denies any remaining allegations in paragraph 10 of Belkin's Counterclaims.

## THIRD COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability – '112 Patent)

11.     ATEN does not believe that an answer to paragraphs 80-94 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.      ATEN denies the allegations in paragraph 80 of Belkin's affirmative defenses.

b.      ATEN admits that on July 8, 2002, Jeffer, Mangels, Butler & Mamaro LLP filed U.S. Patent Application No. 10/190,015, entitled "Automatic Switch" listing Kevin Chen as an inventor.  ATEN further admits that the '112 patent states on its face that it issued on April 25, 2006, and was assigned to ATEN International Co., Ltd.  ATEN further admits that Mr. Chen was the Chief Executive

3

1   Officer of ATEN International Co. Ltd. during the prosecution of the '112 patent.

2   ATEN denies any remaining allegations in paragraph 81 of Belkin's affirmative

3   defenses.

4            c.      ATEN admits that Mr. Chen and/or attorneys acting on his

5   behalf owed a duty of candor to the PTO.  ATEN denies any remaining allegations

6   in paragraph 82 of Belkin's affirmative defenses.

7            d.      ATEN denies the allegations in paragraph 83 of Belkin's

8   affirmative defenses.

9            e.      ATEN denies the allegations in paragraph 84 of Belkin's

10  affirmative defenses.

11           f.      ATEN admits that in ITC Investigation No 337-TA-589, ATEN

12  had accused KVM switches that had cables attached to the bodies of the switches by

13  thumbscrews of infringing the '112 patent.  ATEN denies any remaining allegations

14  in paragraph 85 of Belkin's affirmative defenses.

15           g.      In response to paragraph 86 of Belkin's affirmative defenses,

16  ATEN asserts that the pleadings and decisions in the ITC investigation speak for

17  themselves.  ATEN admits that it produced KVM switches having a cable attached

18  to the switch by thumbscrews, but denies that those KVM switches constitute prior

19  art.  Except as expressly admitted herein, ATEN denies any remaining allegations in

20  paragraph 86 of the affirmative defenses.

21           h.      In response to paragraph 87 of Belkin's affirmative defenses,

22  ATEN asserts that the findings of the Administrative Law Judge and the

23  International Trade Commission speak for themselves.  Except as expressly

24  admitted herein, ATEN denies the allegations of paragraph 87 of the affirmative

25  defenses.

26           i.      In response to paragraph 88 of Belkin's affirmative defenses,

27  ATEN asserts that the file history of the '112 patent speaks for itself.  Except as

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1    expressly admitted herein, ATEN denies the allegations of paragraph 88 of the

2    affirmative defenses.

3            j.      ATEN lacks knowledge or information sufficient to form a belief

4    about the truth of the allegations in paragraph 89 of the affirmative defenses, and

5    therefore denies them.

6            k.      ATEN denies the allegations in paragraph 90 of Belkin's

7    affirmative defenses.

8            l.      In response to paragraph 91 of Belkin's affirmative defenses,

9    ATEN asserts that the file history of the '112 patent speaks for itself.  Except as

10   expressly admitted herein, ATEN denies the allegations of paragraph 91 of the

11   affirmative defenses.

12           m.      ATEN admits that the Administrative Law Judge in the ITC

13   investigation did not find the '112 patent unenforceable.  ATEN denies the

14   remaining allegations in paragraph 92 of Belkin's affirmative defenses.

15           n.      ATEN denies the allegations in paragraph 93 of Belkin's

16   affirmative defenses.

17           o.      ATEN denies the allegations in paragraph 94 of Belkin's

18   affirmative defenses.

19           p.      ATEN denies any remaining allegations in paragraph 11 of

20   Belkin's counterclaims.

21       12.    ATEN admits that an actual controversy exists as to whether the '112

22   patent is enforceable.  ATEN denies any remaining allegations in paragraph 12 of

23   Belkin's Counterclaims.

24       13.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

25   the '112 patent is unenforceable.  ATEN denies any remaining allegations in

26   paragraph 13 of Belkin's Counterclaims.

27

28

                                        ATEN ANSWER TO BELKIN'S
                                     SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

# FOURTH COUNTERCLAIM

## (For Declaratory Judgment of Patent Non-Infringement – '275 Patent)

14.    ATEN admits that an actual controversy exists as to whether Belkin infringes, contributes to the infringement of, or induces infringement of the '275 patent.  ATEN denies any remaining allegations in paragraph 14 of Belkin's Counterclaims.

15.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that it has not and does not infringe the '275 patent literally or under the doctrine of equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a declaration that it has not contributed to or induced, and does not contribute to or induce, infringement of the '275 patent.  ATEN denies any remaining allegations in paragraph 15 of Belkin's Counterclaims.

# FIFTH COUNTERCLAIM

## (For Declaratory Judgment of Patent Invalidity – '275 Patent)

16.    ATEN admits that an actual controversy exists as to the validity of the '275 patent.  ATEN denies any remaining allegations in paragraph 16 of Belkin's Counterclaims.

17.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '275 patent is invalid.  ATEN denies any remaining allegations in paragraph 17 of Belkin's Counterclaims.

# SIXTH COUNTERCLAIM

## (For Declaratory Judgment of Unenforceability – '275 Patent)

18.    ATEN does not believe that an answer to paragraphs 95-144 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.    ATEN denies the allegations in paragraph 95 of Belkin's affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1         b.     ATEN admits that on February 28, 2000, Bacon & Thomas,

2    PLLC filed U.S. Patent Application No. 09/514,579, entitled "An Electronic

3    Switching Device for a Universal Serial Bus Interface" listing Sun Chung Chen as

4    an inventor.  ATEN further admits that the '275 patent states on its face that it

5    issued on May 13, 2003 and was assigned to ATEN International Co., Ltd.  ATEN

6    further admits that the '275 patent claims priority from a Taiwanese patent

7    application filed on May 28, 1999.  ATEN further admits that Mr. Chen was the

8    Chief Executive Officer of ATEN International Co. Ltd. during the prosecution of

9    the of the '275 patent.  ATEN denies any remaining allegations in paragraph 96 of

10   Belkin's affirmative defenses.

11        c.     ATEN denies the allegations in paragraph 97 of Belkin's

12   affirmative defenses.

13        d.     In response to paragraph 98 of Belkin's affirmative defenses,

14   ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

15   expressly admitted herein, ATEN denies the allegations of paragraph 98 of the

16   affirmative defenses.

17        e.     In response to paragraph 99 of Belkin's affirmative defenses,

18   ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

19   expressly admitted herein, ATEN denies the allegations of paragraph 99 of the

20   affirmative defenses.

21        f.     In response to paragraph 100 of Belkin's affirmative defenses,

22   ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

23   expressly admitted herein, ATEN denies the allegations of paragraph 100 of the

24   affirmative defenses.

25        g.     In response to paragraph 101 of Belkin's affirmative defenses,

26   ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

27   expressly admitted herein, ATEN denies the allegations of paragraph 101 of the

28   affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1         h.     In response to paragraph 102 of Belkin's affirmative defenses,

2    ATEN asserts that the '275 patent and the file history of the '275 patent speak for

3    themselves.  Except as expressly admitted herein, ATEN denies the allegations of

4    paragraph 102 of the affirmative defenses.

5         i.     In response to paragraph 103 of Belkin's affirmative defenses,

6    ATEN asserts that the '275 patent and the file history of the '275 patent speak for

7    themselves.  Except as expressly admitted herein, ATEN denies the allegations of

8    paragraph 103 of the affirmative defenses.

9         j.     In response to paragraph 104 of Belkin's affirmative defenses,

10   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

11   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

12   paragraph 104 of the affirmative defenses.

13        k.     ATEN asserts that the contents of the ATEN 1996 product

14   catalog speak for themselves.  Except as expressly admitted herein, ATEN denies

15   the allegations of paragraph 105 of the affirmative defenses.

16        l.     ATEN lacks knowledge or information sufficient to form a belief

17   about the truth of the allegations in paragraph 106 of the affirmative defenses, and

18   therefore denies them.

19        m.     ATEN admits that the photograph in paragraph 107 appears to

20   show a printed circuit board that bears ATEN's brand name.  ATEN lacks

21   knowledge or information sufficient to form a belief about the truth of the remaining

22   allegations in paragraph 107 of the affirmative defenses, and therefore denies them.

23        n.     ATEN lacks knowledge or information sufficient to form a belief

24   about the truth of the allegations in paragraph 108 of the affirmative defenses, and

25   therefore denies them.

26        o.     In response to paragraph 109 of Belkin's affirmative defenses,

27   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1   themselves.  ATEN denies the allegations in paragraph 109 of Belkin's affirmative

2   defenses.

3               p.      ATEN lacks knowledge or information sufficient to form a belief

4   about the truth of the allegations in paragraph 110 of the affirmative defenses, and

5   therefore denies them.

6               q.      ATEN lacks knowledge or information sufficient to form a belief

7   about the truth of the allegations in paragraph 111 of the affirmative defenses, and

8   therefore denies them.

9               r.      ATEN lacks knowledge or information sufficient to form a belief

10  about the truth of the allegations in paragraph 112 of the affirmative defenses, and

11  therefore denies them.

12              s.      ATEN lacks knowledge or information sufficient to form a belief

13  about the truth of the allegations in paragraph 113 of the affirmative defenses, and

14  therefore denies them.

15              t.      ATEN lacks knowledge or information sufficient to form a belief

16  about the truth of the allegations in paragraph 114 of the affirmative defenses, and

17  therefore denies them.

18              u.      ATEN lacks knowledge or information sufficient to form a belief

19  about the truth of the allegations in paragraph 115 of the affirmative defenses, and

20  therefore denies them.

21              v.      ATEN lacks knowledge or information sufficient to form a belief

22  about the truth of the allegations in paragraph 116 of the affirmative defenses, and

23  therefore denies them.

24              w.      ATEN lacks knowledge or information sufficient to form a belief

25  about the truth of the allegations in paragraph 117 of the affirmative defenses, and

26  therefore denies them.

27              x.      In response to paragraph 118 of Belkin's affirmative defenses,

28  ATEN asserts that the '275 patent and the file history of the '275 patent speak for

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1  themselves.  Except as expressly admitted herein, ATEN denies the allegations of

2  paragraph 118 of the affirmative defenses.

3        y.    ATEN denies the allegations in paragraph 119 of the affirmative

4  defenses.

5        z.    In response to paragraph 120 of Belkin's affirmative defenses,

6  ATEN asserts that the '275 patent and the file history of the '275 patent speak for

7  themselves.  Except as expressly admitted herein, ATEN denies the allegations of

8  paragraph 120 of the affirmative defenses.

9        aa.   ATEN lacks knowledge or information sufficient to form a belief

10  about the truth of the allegations in paragraph 121 of the affirmative defenses, and

11  therefore denies them.

12        bb.   ATEN lacks knowledge or information sufficient to form a belief

13  about the truth of the allegations in paragraph 122 of the affirmative defenses, and

14  therefore denies them.

15        cc.   ATEN lacks knowledge or information sufficient to form a belief

16  about the truth of the allegations in paragraph 123 of the affirmative defenses, and

17  therefore denies them.

18        dd.   ATEN lacks knowledge or information sufficient to form a belief

19  about the truth of the allegations in paragraph 124 of the affirmative defenses, and

20  therefore denies them.

21        ee.   In response to paragraph 125 of Belkin's affirmative defenses,

22  ATEN asserts that the '275 patent and the file history of the '275 patent speak for

23  themselves.  Except as expressly admitted herein, ATEN denies the allegations of

24  paragraph 125 of the affirmative defenses.

25        ff.   In response to paragraph 126 of Belkin's affirmative defenses,

26  ATEN asserts that the '275 patent and the file history of the '275 patent speak for

27  themselves.  Except as expressly admitted herein, ATEN denies the allegations of

28  paragraph 126 of the affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1          gg.    ATEN denies the allegations in paragraph 127 of Belkin's

2    affirmative defenses.

3          hh.    In response to paragraph 128 of Belkin's affirmative defenses,

4    ATEN asserts that the '275 patent and the file history of the '275 patent speak for

5    themselves.  Except as expressly admitted herein, ATEN denies the allegations of

6    paragraph 128 of the affirmative defenses.

7          ii.    ATEN lacks knowledge or information sufficient to form a belief

8    about the truth of the allegations in paragraph 129 of the affirmative defenses, and

9    therefore denies them.

10         jj.    ATEN lacks knowledge or information sufficient to form a belief

11   about the truth of the allegations in paragraph 130 of the affirmative defenses, and

12   therefore denies them.

13         kk.    ATEN lacks knowledge or information sufficient to form a belief

14   about the truth of the allegations in paragraph 131 of the affirmative defenses, and

15   therefore denies them.

16         ll.    ATEN lacks knowledge or information sufficient to form a belief

17   about the truth of the allegations in paragraph 132 of the affirmative defenses, and

18   therefore denies them.

19         mm.   In response to paragraph 133 of Belkin's affirmative defenses,

20   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

21   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

22   paragraph 133 of the affirmative defenses.

23         nn.    ATEN denies the allegations in paragraph 134 of the affirmative

24   defenses.

25         oo.    ATEN lacks knowledge or information sufficient to form a belief

26   about the truth of the allegations in paragraph 135 of the affirmative defenses, and

27   therefore denies them.

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1    pp.    ATEN lacks knowledge or information sufficient to form a belief

2 about the truth of the allegations in paragraph 136 of the affirmative defenses, and

3 therefore denies them.

4    qq.    ATEN denies the allegations in paragraph 137 of Belkin's

5 affirmative defenses.

6    rr.    ATEN denies the allegations in paragraph 138 of Belkin's

7 affirmative defenses.

8    ss.    ATEN denies the allegations in paragraph 139 of Belkin's

9 affirmative defenses.

10    tt.    ATEN denies the allegations in paragraph 140 of Belkin's

11 affirmative defenses.

12    uu.    ATEN denies the allegations in paragraph 141 of Belkin's

13 affirmative defenses.

14    vv.    ATEN denies the allegations in paragraph 142 of Belkin's

15 affirmative defenses.

16    ww.    ATEN denies the allegations in paragraph 143 of Belkin's

17 affirmative defenses.

18    xx.    ATEN denies the allegations in paragraph 144 of Belkin's

19 affirmative defenses.

20    yy.    ATEN denies any remaining allegations in paragraph 18 of

21 Belkin's counterclaims.

22    19.    ATEN admits that an actual controversy exists as to whether the '275

23 patent is enforceable.  ATEN denies any remaining allegations in paragraph 19 of

24 Belkin's Counterclaims.

25    20.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

26 that the '275 patent is unenforceable.  ATEN denies any remaining allegations in

27 paragraph 20 of Belkin's Counterclaims.

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1

### SEVENTH COUNTERCLAIM

2

### (For Declaratory Judgment of Patent Non-Infringement – '287 Patent)

3

21.     ATEN admits that an actual controversy exists as to whether Belkin

4

infringes, contributes to the infringement of, or induces infringement of the '287

5

patent.  ATEN denies any remaining allegations in paragraph 21 of Belkin's

6

Counterclaims.

7

22.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

8

it has not and does not infringe the '287 patent literally or under the doctrine of

9

equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a

10

declaration that it has not contributed to or induced, and does not contribute to or

11

induce, infringement of the '287 patent.  ATEN denies any remaining allegations in

12

paragraph 22 of Belkin's Counterclaims.

13

### EIGHTH COUNTERCLAIM

14

### (For Declaratory Judgment of Patent Invalidity – '287 Patent)

15

23.     ATEN admits that an actual controversy exists as to the validity of the

16

'287 patent.  ATEN denies any remaining allegations in paragraph 23 of Belkin's

17

Counterclaims.

18

24.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

19

the '287 patent is invalid.  ATEN denies any remaining allegations in paragraph 24

20

of Belkin's Counterclaims.

21

### NINTH COUNTERCLAIM

22

### (For Declaratory Judgment of Unenforceability For Alleged

23

### Misrepresentations – '287 Patent)

24

25.     ATEN does not believe that an answer to paragraphs 145-165 of

25

Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer

26

is required, ATEN responds as follows:

27

a.     ATEN denies the allegations in paragraph 145 of Belkin's

28

affirmative defenses.

09074-0002/LEGAL19993500.1

1         b.     ATEN admits that U.S. Patent Application No. 10/065,375,

2   entitled "Signal Switch for Console and Peripheral Devices," was filed on October

3   10, 2002 by Sheldon & Mack, Inc., listing Tony Lou, Kevin Chen and Sampson

4   Yang as inventors.  ATEN further admits that the '287 patent states on its face that it

5   issued October 18, 2005, and was assigned to ATEN International Co., Ltd.  ATEN

6   further admits that the '287 patent claims priority from provisional patent

7   application no. 60/338,071, which was filed on November 9, 2001.  ATEN further

8   admits that Mr. Chen was the Chief Executive Officer of ATEN International Co.

9   Ltd. during the prosecution of the of the '287 patent.  ATEN denies any remaining

10  allegations in paragraph 146 of Belkin's affirmative defenses.

11        c.     ATEN denies the allegations in paragraph 147 of Belkin's

12  affirmative defenses.

13        d.     In response to paragraph 148 of Belkin's affirmative defenses,

14  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

15  expressly admitted herein, ATEN denies the allegations of paragraph 148 of the

16  affirmative defenses.

17        e.     In response to paragraph 149 of Belkin's affirmative defenses,

18  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

19  expressly admitted herein, ATEN denies the allegations of paragraph 149 of the

20  affirmative defenses.

21        f.     In response to paragraph 150 of Belkin's affirmative defenses,

22  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

23  expressly admitted herein, ATEN denies the allegations of paragraph 150 of the

24  affirmative defenses.

25        g.     In response to paragraph 151 of the Belkin's affirmative

26  defenses, ATEN asserts that the file history of the '287 patent speaks for itself.

27  Except as expressly admitted herein, ATEN denies the allegations of paragraph 151

28  of the affirmative defenses.

14      Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1         h.     In response to paragraph 152 of Belkin's affirmative defenses,

2 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

3 expressly admitted herein, ATEN denies the allegations of paragraph 152 of the

4 affirmative defenses.

5         i.     In response to paragraph 153 of Belkin's affirmative defenses,

6 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

7 expressly admitted herein, ATEN denies the allegations of paragraph 153 of the

8 affirmative defenses.

9         j.     In response to paragraph 154 of Belkin's affirmative defenses,

10 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

11 expressly admitted herein, ATEN denies the allegations of paragraph 154 of the

12 affirmative defenses.

13         k.     In response to paragraph 155 of Belkin's affirmative defenses,

14 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

15 expressly admitted herein, ATEN denies the allegations of paragraph 155 of the

16 affirmative defenses.

17         l.     In response to paragraph 156 of Belkin's affirmative defenses,

18 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

19 expressly admitted herein, ATEN denies the allegations of paragraph 156 of the

20 affirmative defenses.

21         m.    ATEN denies the allegations in paragraph 157 of Belkin's

22 affirmative defenses.

23         n.     In response to paragraph 158 of Belkin's affirmative defenses,

24 ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

25 expressly admitted herein, ATEN denies the allegations of paragraph 158 of the

26 affirmative defenses.

27         o.     ATEN denies the allegations in paragraph 159 of Belkin's

28 affirmative defenses.

15      Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1         p.    ATEN denies the allegations in paragraph 160 of Belkin's

2   affirmative defenses.

3         q.    ATEN denies the allegations in paragraph 161 of Belkin's

4   affirmative defenses.

5         r.    ATEN denies the allegations in paragraph 162 of Belkin's

6   affirmative defenses.

7         s.    ATEN denies the allegations in paragraph 163 of Belkin's

8   affirmative defenses.

9         t.    ATEN denies the allegations in paragraph 164 of Belkin's

10  affirmative defenses.

11        u.    ATEN denies the allegations in paragraph 165 of Belkin's

12  affirmative defenses.

13        v.    ATEN denies any remaining allegations in paragraph 25 of

14  Belkin's counterclaims.

15      26.    ATEN admits that an actual controversy exists as to whether the '287

16  patent is enforceable.  ATEN denies any remaining allegations in paragraph 26 of

17  Belkin's Counterclaims.

18      27.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

19  the '287 patent is unenforceable.  ATEN denies any remaining allegations in

20  paragraph 27 of Belkin's Counterclaims.

21  **TENTH COUNTERCLAIM**

22  **(For Declaratory Judgment of Unenforceability For Alleged Failure to Cite**

23  **Prior Art – '287 Patent)**

24      28.    ATEN does not believe that an answer to paragraphs 166-189 of

25  Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer

26  is required, ATEN responds as follows:

27        a.    ATEN denies the allegations in paragraph 166 of Belkin's

28  affirmative defenses.

1     b.  ATEN admits that U.S. Patent Application No. 10/065,375 was

2 filed on October 10, 2002.  ATEN further admits that the '287 patent states on its

3 face that it issued October 18, 2005, and was assigned to ATEN International Co.,

4 Ltd.  ATEN further admits that the '287 patent claims priority from provisional

5 patent application no. 60/338,071, which was filed on November 9, 2001.  ATEN

6 incorporates by reference paragraph 25(b) above, which responds to paragraph 146

7 of Belkin's affirmative defenses.  ATEN denies any remaining allegations in

8 paragraph 167 of Belkin's affirmative defenses.

9     c.  In response to paragraph 168 of the Belkin's affirmative

10 defenses, ATEN asserts that the file history of the '287 patent speaks for itself.

11 ATEN incorporates by reference paragraph 25(g) above, which responds to

12 paragraph 151 of the affirmative defenses.  Except as expressly admitted herein,

13 ATEN denies the allegations of paragraph 168 of the affirmative defenses.

14     d.  ATEN admits that provisional application no. 60/338,071 was

15 filed on November 9, 2001.  Except as expressly admitted herein, ATEN denies the

16 allegations of paragraph 169 of Belkin's affirmative defenses.

17     e.  ATEN admits the allegations of paragraph 170 of Belkin's

18 affirmative defenses.

19     f.  ATEN admits that ATEN sold the CS-228 and CS-428 in the

20 United States.  Except as expressly admitted herein, ATEN denies the allegations of

21 paragraph 171 of Belkin's affirmative defenses.

22     g.  ATEN lacks sufficient information to admit or deny the

23 allegations of paragraph 172 of Belkin's affirmative defenses and, therefore, denies

24 those allegations.

25     h.  ATEN admits that the CS-228 and CS-428 were sold under the

26 ATEN brand name and were offered for sale and/or sold in the United States.

27 Except as expressly admitted herein, ATEN denies the allegations of paragraph 173

28 of Belkin's affirmative defenses.

   Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1          i.      ATEN admits that the CS-428 connects up to four users to

2 control up to eight computers.  ATEN admits that the image shown by Belkin

3 contains the words "Any computer on the installation can be accessed by any

4 console…"  Except as expressly admitted herein, ATEN denies the allegations of

5 paragraph 174 of Belkin's affirmative defenses.

6          j.      ATEN denies the allegations in paragraph 175 of Belkin's

7 affirmative defenses.

8          k.      ATEN denies the allegations in paragraph 176 of Belkin's

9 affirmative defenses.

10         l.      ATEN denies the allegations in paragraph 177 of Belkin's

11 affirmative defenses.

12         m.      ATEN denies the allegations in paragraph 178 of Belkin's

13 affirmative defenses.

14         n.      ATEN admits that the CS-228 connects up to two users to

15 control up to eight computers.  Except as expressly admitted herein, ATEN denies

16 the allegations of paragraph 179 of Belkin's affirmative defenses.

17         o.      ATEN incorporates by reference paragraphs 28(i) and 28(j),

18 responding to paragraphs 174 and 175 of Belkin's affirmative defenses.  ATEN

19 denies any remaining allegations in paragraph 180 of Belkin's affirmative defenses.

20         p.      ATEN denies the allegations in paragraph 181 of Belkin's

21 affirmative defenses.

22         q.      ATEN denies the allegations in paragraph 182 of Belkin's

23 affirmative defenses.

24         r.      ATEN denies the allegations in paragraph 183 of Belkin's

25 affirmative defenses.

26         s.      ATEN denies the allegations in paragraph 184 of Belkin's

27 affirmative defenses.

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1        t.    ATEN denies the allegations in paragraph 185 of Belkin's

2  affirmative defenses.

3        u.    ATEN denies the allegations in paragraph 186 of Belkin's

4  affirmative defenses.

5        v.    ATEN denies the allegations in paragraph 187 of Belkin's

6  affirmative defenses.

7        w.    ATEN denies the allegations in paragraph 188 of Belkin's

8  affirmative defenses.

9        x.    ATEN denies the allegations in paragraph 189 of Belkin's

10  affirmative defenses.

11        y.    ATEN denies any remaining allegations in paragraph 28 of

12  Belkin's counterclaims.

13      29.    ATEN admits that an actual controversy exists as to whether the '287

14  patent is enforceable.  ATEN denies any remaining allegations in paragraph 29 of

15  Belkin's Counterclaims.

16      30.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

17  the '287 patent is unenforceable.  ATEN denies any remaining allegations in

18  paragraph 30 of Belkin's Counterclaims.

19                **ELEVENTH COUNTERCLAIM**

20      **(For Declaratory Judgment of Patent Non-Infringement – '854 Patent)**

21      31.    ATEN admits that an actual controversy exists as to whether Belkin

22  infringes, contributes to the infringement of, or induces infringement of the '854

23  patent.  ATEN denies any remaining allegations in paragraph 31 of Belkin's

24  Counterclaims.

25      32.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

26  it has not and does not infringe the '854 patent literally or under the doctrine of

27  equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a

28  declaration that it has not contributed to or induced, and does not contribute to or

ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

induce, infringement of the '854 patent.  ATEN denies any remaining allegations in paragraph 32 of Belkin's Counterclaims.

### TWELFTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '854 Patent)

33.    ATEN admits that an actual controversy exists as to the validity of the '854 patent.  ATEN denies any remaining allegations in paragraph 33 of Belkin's Counterclaims.

34.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '854 patent is invalid.  ATEN denies any remaining allegations in paragraph 34 of Belkin's Counterclaims.

### THIRTEENTH COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability – '854 Patent)

35.    ATEN does not believe that an answer to paragraphs 190-246 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.    ATEN denies the allegations in paragraph 190 of Belkin's affirmative defenses.

b.    ATEN admits that U.S. Patent Application No. 10/824,493, entitled "Keyboard Video Mouse Switch and the Method Thereof," was filed on April 15, 2004 by Hoffman, Wasson & Gitler, P.C., listing Sun-Chung Chen as inventor.  ATEN further admits that the '854 patent states on its face that it issued November 3, 2009; was assigned to ATEN International Co., Ltd.; and is titled Keyboard Video Mouse (KVM) Switch Wherein Peripherals Having Source Communication Protocol Are Routed Via KVM Switch and Converted to Destination Communication Protocol."  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co., Ltd. during the prosecution of the of the '854 patent.  ATEN denies any remaining allegations in paragraph 191 of Belkin's affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1    c.    ATEN denies the allegations in paragraph 192 of Belkin's

2 affirmative defenses.

3    d.    In response to paragraph 193 of the Belkin's affirmative

4 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

5 Except as expressly admitted herein, ATEN denies the allegations of paragraph 193

6 of the affirmative defenses.

7    e.    In response to paragraph 194 of the Belkin's affirmative

8 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

9 Except as expressly admitted herein, ATEN denies the allegations of paragraph 194

10 of the affirmative defenses.

11    f.    In response to paragraph 195 of the Belkin's affirmative

12 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

13 Except as expressly admitted herein, ATEN denies the allegations of paragraph 195

14 of the affirmative defenses.

15    g.    In response to paragraph 196 of the Belkin's affirmative

16 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

17 Except as expressly admitted herein, ATEN denies the allegations of paragraph 196

18 of the affirmative defenses.

19    h.    In response to paragraph 197 of the Belkin's affirmative

20 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

21 Except as expressly admitted herein, ATEN denies the allegations of paragraph 197

22 of the affirmative defenses.

23    i.    In response to paragraph 198 of the Belkin's affirmative

24 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

25 Except as expressly admitted herein, ATEN denies the allegations of paragraph 198

26 of the affirmative defenses.

27    j.    In response to paragraph 199 of the Belkin's affirmative

28 defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1   Except as expressly admitted herein, ATEN denies the allegations of paragraph 199

2   of the affirmative defenses.

3         k.      In response to paragraph 200 of the Belkin's affirmative

4   defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

5   Except as expressly admitted herein, ATEN denies the allegations of paragraph 200

6   of the affirmative defenses.

7         l.      In response to paragraph 201 of the Belkin's affirmative

8   defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

9   Except as expressly admitted herein, ATEN denies the allegations of paragraph 201

10  of the affirmative defenses.

11        m.      ATEN denies the allegations in paragraph 202 of Belkin's

12  affirmative defenses.

13        n.      ATEN denies the allegations in paragraph 203 of Belkin's

14  affirmative defenses.

15        o.      ATEN denies the allegations in paragraph 204 of Belkin's

16  affirmative defenses.

17        p.      ATEN denies the allegations in paragraph 205 of Belkin's

18  affirmative defenses.

19        q.      ATEN denies the allegations in paragraph 206 of Belkin's

20  affirmative defenses.

21        r.      ATEN denies the allegations in paragraph 207 of Belkin's

22  affirmative defenses.

23        s.      ATEN denies the allegations in paragraph 208 of Belkin's

24  affirmative defenses.

25        t.      ATEN denies the allegations in paragraph 209 of Belkin's

26  affirmative defenses.

27        u.      ATEN denies the allegations in paragraph 210 of Belkin's

28  affirmative defenses.

1           v.      ATEN denies the allegations in paragraph 211 of Belkin's

2 affirmative defenses.

3           w.      ATEN denies the allegations in paragraph 212 of Belkin's

4 affirmative defenses.

5           x.      ATEN denies the allegations in paragraph 213 of Belkin's

6 affirmative defenses.

7           y.      ATEN admits that the image shown in paragraph 214 of Belkin's

8 affirmative defenses contains the words "User Customized Configurations"; "Allows

9 Integrations of USB Computers Into Traditional PC/AT and PS/2 Installations"; and

10 "install either a USB based, or standard DB-25 4 Port card into any row, allowing

11 you to mix and match both types."  Except as expressly admitted herein, ATEN

12 denies the allegations of paragraph 214 of Belkin's affirmative defenses.

13           z.      ATEN admits that the image shown in paragraph 215 of Belkin's

14 affirmative defenses contains the words "PS/2 Mouse Controls All Connected PCs –

15 Even Those With Serial Mice"; "User Customized Configuration"; and "Allows

16 Integration of USB Computers Into Traditional PC/AT and PS/2 Installations."

17 Except as expressly admitted herein, ATEN denies the allegations of paragraph 215

18 of Belkin's affirmative defenses.

19           aa.      ATEN admits that the image shown in paragraph 216 of Belkin's

20 affirmative defenses contains the words "one set of standard connectors, either in

21 PS/2, USB, or SUN platform"; "allowing you to mix and match as required";

22 "control of any computer across any of the three connection platforms"; and "For

23 example, one PS/2 console card and one USB console card can be used in

24 combination with one USB CPU card and one SUN CPU card…"  Except as

25 expressly admitted herein, ATEN denies the allegations of paragraph 216 of

26 Belkin's affirmative defenses.

27           bb.      ATEN admits that the image shown in paragraph 217 of Belkin's

28 affirmative defenses contains the words "The featured packed ACS-4032X uses

23     Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1  'Plug-in Card' technology supporting several, flexible platforms; PS/2, USB and

2  SUN.  No more annoying adapters and converters – simply mix and match systems

3  on the same KVM installation."  Except as expressly admitted herein, ATEN denies

4  the allegations of paragraph 217 of Belkin's affirmative defenses.

5  　　　　　cc.　　ATEN denies the allegations in paragraph 218 of Belkin's

6  affirmative defenses.

7  　　　　　dd.　　ATEN denies the allegations in paragraph 219 of Belkin's

8  affirmative defenses.

9  　　　　　ee.　　ATEN denies the allegations in paragraph 220 of Belkin's

10  affirmative defenses.

11  　　　　　ff.　　ATEN denies the allegations in paragraph 221 of Belkin's

12  affirmative defenses.

13  　　　　　gg.　　ATEN admits that Mr. Chen was the inventor named on the '854

14  patent and the CEO of ATEN during the prosecution of the '854 patent.  ATEN

15  denies any remaining allegations in paragraph 222 of Belkin's affirmative defenses.

16  　　　　　hh.　　ATEN admits that Mr. Chen was the inventor named on the '854

17  patent and the CEO of ATEN during the prosecution of the '854 patent.  ATEN

18  denies any remaining allegations in paragraph 223 of Belkin's affirmative defenses.

19  　　　　　ii.　　ATEN admits that Mr. Chen was the inventor named on the '854

20  patent and the CEO of ATEN during the prosecution of the '854 patent.  ATEN

21  denies any remaining allegations in paragraph 224 of Belkin's affirmative defenses.

22  　　　　　jj.　　ATEN denies the allegations in paragraph 225 of Belkin's

23  affirmative defenses.

24  　　　　　kk.　　ATEN denies the allegations in paragraph 226 of Belkin's

25  affirmative defenses.

26  　　　　　ll.　　ATEN denies the allegations in paragraph 227 of Belkin's

27  affirmative defenses.

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1    mm. ATEN denies the allegations in paragraph 228 of Belkin's

2 affirmative defenses.

3    nn. ATEN admits that Avocent Redmond Corporation named ATEN

4 Technology, Inc., a subsidiary of ATEN International, as a defendant in a patent

5 infringement lawsuit against Rose Electronics in or around January 2007.  ATEN

6 lacks sufficient information to admit or deny the remaining allegations of paragraph

7 229 of Belkin's affirmative defenses and, therefore, denies those allegations.

8    oo. ATEN admits that Avocent accused ATEN and others, including

9 upon information and belief Belkin, of infringing three patents.  ATEN lacks

10 sufficient information to admit or deny the remaining allegations of paragraph 230

11 of Belkin's affirmative defenses and, therefore, denies those allegations.

12    pp. ATEN lacks sufficient information to admit or deny the

13 allegations of paragraph 231 of Belkin's affirmative defenses and, therefore, denies

14 those allegations.

15    qq. ATEN lacks sufficient information to admit or deny the

16 allegations of paragraph 232 of Belkin's affirmative defenses and, therefore, denies

17 those allegations.

18    rr. ATEN admits that the image shown in paragraph 233 of Belkin's

19 affirmative defenses contains the words "Multiplatform support" and "switch easily

20 across platforms."  ATEN lacks sufficient information to admit or deny any

21 remaining allegations of paragraph 233 of Belkin's affirmative defenses and,

22 therefore, denies those allegations.

23    ss. ATEN lacks sufficient information to admit or deny the

24 allegations of paragraph 234 of Belkin's affirmative defenses and, therefore, denies

25 those allegations.

26    tt. ATEN lacks sufficient information to admit or deny the

27 allegations of paragraph 235 of Belkin's affirmative defenses and, therefore, denies

28 those allegations.

1      uu.     ATEN denies the allegations in paragraph 236 of Belkin's

2  affirmative defenses.

3      vv.     ATEN denies the allegations in paragraph 237 of Belkin's

4  affirmative defenses.

5      ww.    ATEN denies the allegations in paragraph 238 of Belkin's

6  affirmative defenses.

7      xx.     ATEN denies the allegations in paragraph 239 of Belkin's

8  affirmative defenses.

9      yy.     ATEN denies the allegations in paragraph 240 of Belkin's

10  affirmative defenses.

11      zz.     ATEN denies the allegations in paragraph 241 of Belkin's

12  affirmative defenses.

13      aaa.    ATEN denies the allegations in paragraph 242 of Belkin's

14  affirmative defenses.

15      bbb.    ATEN denies the allegations in paragraph 243 of Belkin's

16  affirmative defenses.

17      ccc.    ATEN denies the allegations in paragraph 244 of Belkin's

18  affirmative defenses.

19      ddd.    ATEN denies the allegations in paragraph 245 of Belkin's

20  affirmative defenses.

21      eee.    ATEN denies the allegations in paragraph 246 of Belkin's

22  affirmative defenses.

23      fff.    ATEN denies any remaining allegations in paragraph 35 of

24  Belkin's counterclaims.

25      36.    ATEN admits that an actual controversy exists as to whether the '854

26  patent is enforceable.  ATEN denies any remaining allegations in paragraph 36 of

27  Belkin's Counterclaims.

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

37.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '287 patent is unenforceable.  ATEN denies any remaining allegations in paragraph 37 of Belkin's Counterclaims.

### FOURTEENTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Non-Infringement – '299 Patent)

38.    ATEN admits that an actual controversy exists as to whether Belkin infringes, contributes to the infringement of, or induces infringement of the '299 patent.  ATEN denies any remaining allegations in paragraph 38 of Belkin's Counterclaims.

39.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that it has not and does not infringe the '299 patent literally or under the doctrine of equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a declaration that it has not contributed to or induced, and does not contribute to or induce, infringement of the '299 patent.  ATEN denies any remaining allegations in paragraph 39 of Belkin's Counterclaims.

### FIFTEENTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '299 Patent)

40.    ATEN admits that an actual controversy exists as to the validity of the '299 patent.  ATEN denies any remaining allegations in paragraph 40 of Belkin's Counterclaims.

41.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '299 patent is invalid.  ATEN denies any remaining allegations in paragraph 41 of Belkin's Counterclaims.

### SIXTEENTH COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability – '299 Patent)

42.    ATEN does not believe that an answer to paragraphs 247-262 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1          a.      ATEN denies the allegations in paragraph 247 of Belkin's
2    affirmative defenses.

3          b.      ATEN admits that on December 22, 2005, Jeffer, Mangels,
4    Butler & Mamaro LLP filed U.S. Patent Application No. 11/317,632, entitled
5    "Keyboard, Video and Mouse (KVM) Switch" listing Kevin Chen as an inventor.
6    ATEN further admits that the '299 patent states on its face that it issued on June 2,
7    2006, and was assigned to ATEN International Co., Ltd.  ATEN further admits that
8    Mr. Chen was the Chief Executive Officer of ATEN International Co. Ltd. during
9    the prosecution of the of the '299 patent.  ATEN denies any remaining allegations in
10   paragraph 248 of Belkin's affirmative defenses.

11         c.      ATEN admits that Mr. Chen and/or attorneys acting on his
12   behalf owed a duty of candor to the PTO.  ATEN denies all other allegations in
13   paragraph 249 of Belkin's affirmative defenses.

14         d.      ATEN denies the allegations in paragraph 250 of Belkin's
15   affirmative defenses.

16         e.      ATEN denies the allegations in paragraph 251 of Belkin's
17   affirmative defenses.

18         f.      In response to paragraph 252 of the Belkin's affirmative
19   defenses, ATEN asserts that the findings of the Administrative Law Judge and the
20   International Trade Commission speak for themselves.  Except as expressly
21   admitted herein, ATEN denies the allegations of paragraph 252 of the affirmative
22   defenses.

23         g.      ATEN lacks knowledge or information sufficient to form a belief
24   about the truth of the allegations in paragraph 253 of the affirmative defenses, and
25   therefore denies them.

26         h.      ATEN lacks knowledge or information sufficient to form a belief
27   about the truth of the allegations in paragraph 254 of the affirmative defenses, and
28   therefore denies them.

1          i.      ATEN denies the allegations in paragraph 255 of Belkin's

2     affirmative defenses.

3          j.      ATEN denies the allegations in paragraph 256 of Belkin's

4     affirmative defenses.

5          k.      ATEN denies the allegations in paragraph 257 of Belkin's

6     affirmative defenses.

7          l.      ATEN admits that the '299 patent is a continuation-in-part of the

8     '112 patent.  ATEN denies any remaining allegations in paragraph 258 of Belkin's

9     affirmative defenses.

10         m.      ATEN denies the allegations in paragraph 259 of Belkin's

11    affirmative defenses.

12         n.      ATEN denies the allegations in paragraph 260 of Belkin's

13    affirmative defenses.

14         o.      ATEN denies the allegations in paragraph 261 of Belkin's

15    affirmative defenses.

16         p.      ATEN denies the allegations in paragraph 262 of Belkin's

17    affirmative defenses.

18         q.      ATEN denies any remaining allegations in paragraph 42 of

19    Belkin's counterclaims.

20    43.    ATEN admits that an actual controversy exists as to whether the '299

21    patent is enforceable.  ATEN denies any remaining allegations in paragraph 43 of

22    Belkin's Counterclaims.

23    44.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

24    that the '299 patent is unenforceable.  ATEN denies any remaining allegations in

25    paragraph 44 of Belkin's Counterclaims.

26

27

28

Case No. SACV09-843 AG (MLGx)
                                      ATEN ANSWER TO BELKIN'S
                                      SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

## SEVENTEENTH COUNTERCLAIM

### (For Alleged False Marking – '287 Patent)

45.     ATEN incorporates by reference its response to paragraphs 1-3, 5, and 6 above.

46.     ATEN admits that the '287 patent states on its face that it issued on October 18, 2005; was assigned to ATEN International Co., Ltd.; was based on Patent Application No. 10/065,375, which was filed on October 10, 2002; and claims priority to Provisional Application No. 60/338,071, which was filed on November 9, 2001.  ATEN denies any remaining allegations in paragraph 46 of Belkin's Counterclaims.

47.     ATEN admits that lines 40-44 of column 3 of the '287 patent read, "The signal switch can either asynchronously or synchronously switch KVM channels and peripheral channels to a common computer or different computer.  In other words, the KVM channels and peripheral channels may be switched together (synchronously) or separately (asynchronously)."  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as expressly admitted herein, ATEN denies the allegations of paragraph 47 of Belkin's counterclaims.

48.     ATEN asserts that the claims of the '287 patent speak for themselves.  Except as expressly admitted herein, ATEN denies the allegations of paragraph 48 of Belkin's counterclaims.

49.     ATEN denies the allegations in paragraph 49 of Belkin's Counterclaims.

50.     ATEN admits that it sold the CS-102U in the United States.  ATEN denies any remaining allegations in paragraph 50 of Belkin's Counterclaims.

51.     ATEN denies the allegations in paragraph 51 of Belkin's Counterclaims.

52.     ATEN denies the allegations in paragraph 52 of Belkin's Counterclaims.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

1   53.   ATEN admits that it sold the CS-102U and CS-104U in the United

2   States.  ATEN denies any remaining allegations in paragraph 53 of Belkin's

3   Counterclaims.

4   54.   ATEN denies the allegations in paragraph 54 of Belkin's

5   Counterclaims.

6   55.   ATEN denies the allegations in paragraph 55 of Belkin's

7   Counterclaims.

8   56.   ATEN denies the allegations in paragraph 56 of Belkin's

9   Counterclaims.

10   57.   ATEN denies the allegations in paragraph 57 of Belkin's

11   Counterclaims.

12   58.   ATEN denies the allegations in paragraph 58 of Belkin's

13   Counterclaims.

## AFFIRMATIVE DEFENSES

15   Without shifting the applicable burden of proof, ATEN asserts the following

16   defenses in response to Belkin's Counterclaims.  ATEN reserves the right to assert

17   additional defenses as they become known through discovery and the course of the

18   litigation.

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

21   Belkin's counterclaims are barred or limited by the statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

### (Waiver, Estoppel and/or Laches)

24   Belkin's counterclaims are barred or limited by the doctrines of waiver,

25   estoppel and/or laches.

26

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

If any damages have been or will be sustained, Belkin has failed to mitigate or attempt to mitigate damages, and any recovery by Belkin must therefore be diminished or barred.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Belkin's counterclaims are barred or limited by its failure to state a claim upon which relief can be granted.

**JURY DEMAND**

ATEN demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, ATEN respectfully requests that the Court:

(a) Grant ATEN the relief its seeks in its Second Amended and Supplemental Complaint;

(b) Deny Belkin the relief its seeks in its Supplemental Amended Answer and Counterclaims;

(c) Dismiss Belkin's Counterclaims with prejudice;

(d) Grant judgment in favor of ATEN on each of Belkin's Counterclaims;

(e) Award ATEN its costs and attorneys' fees pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927; and

(f) Grant ATEN such other and further relief as may be just and appropriate.

1   DATED: January 20, 2011

2                                            **PERKINS COIE** LLP

3                                            By: */s/ John P. Schnurer*

4                                                John P. Schnurer, Bar No. 185725
                                                 JSchnurer@perkinscoie.com

5                                                Brian Wacter, Bar No. 223165
                                                 BWacter@perkinscoie.com

6                                                Matthew C. Bernstein, Bar No. 199240
                                                 MBernstein@perkinscoie.com

7                                                Cheng C. (Jack) Ko, Bar No. 244630
                                                 JKo@perkinscoie.com

8

9   Attorneys for Plaintiff
    ATEN INTERNATIONAL CO., LTD., and

10  ATEN TECHNOLOGY, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. SACV09-843 AG (MLGx)
                                             ATEN ANSWER TO BELKIN'S
                                             SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that a true and correct copy of the above and

3  foregoing document has been served on January 20, 2011 to all counsel of record

4  who are deemed to have consented to electronic service via the Court's CM/ECF

5  system.

6       Any other counsel of record will be served by electronic mail.

7

8                    ___*/s/ John P. Schnurer*_____

9                    John P. Schnurer
                     JSchnurer@perkinscoie.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. SACV09-843 AG (MLGx)
                                         ATEN ANSWER TO BELKIN'S
                                         SUPP AMENDED COUNTERCLAIMS

09074-0002/LEGAL19993500.1