John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Cheng C. (Jack) Ko, Bar No. 244630
JKo@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Plaintiffs
ATEN INTERNATIONAL CO., LTD., and
ATEN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br> Plaintiffs <br><br> v. <br><br> EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC. and BELKIN, INC., <br><br> Defendants | Case No.  8:09-CV-843 AG (MLGx) <br><br> ATEN INTERNATIONAL CO., LTD. AND ATEN TECHNOLOGY, INC.'S ANSWER TO BELKIN'S SECOND SUPPLEMENTAL AMENDED COUNTERCLAIMS <br><br> Hon. Andrew J. Guilford <br><br> Date Transferred: July 22, 2009 <br> Discovery Cutoff: March 8, 2011 <br> Pretrial Conf.:      October 18, 2011 <br> Trial Date:          November 1, 2011 |

Plaintiffs ATEN International Co., Ltd. and ATEN Technology, Inc.

(collectively, "ATEN") hereby answer the Counterclaims set forth in Defendants'

Belkin International, Inc., and Belkin, Inc.'s (collectively "Belkin") Second

Supplemental Amended Answer and Counterclaims Re: Plaintiffs' Second Amended and Supplemental Complaint, as follows:

**PARTIES**

1.     On information and belief, ATEN admits that Belkin International, Inc., and Belkin, Inc. are organized under the laws of the State of Delaware.  ATEN lacks sufficient information to admit or deny the remaining allegations of paragraph 1 of Belkin's Counterclaims and, therefore, denies those allegations.

2.     ATEN admits the allegations of paragraph 2 of Belkin's counterclaims.

3.     ATEN admits that ATEN Technology, Inc. is a corporation existing under the laws of the State of California.  ATEN further admits that ATEN Technology, Inc. is a subsidiary of ATEN International Co., Ltd.  ATEN further admits that ATEN Technology, Inc., together with ATEN International Co., Ltd., have brought an action against Belkin for infringing U.S. Patent Nos. 7,035,112 ("the '112 patent), 6,564,275 ("the '275 patent), 6,957,287 ("the '287 patent), 7,613,854 ("the '854 patent), and 7,542,299 ("the '299 patent).  ATEN denies any remaining allegations in paragraph 3 of Belkin's counterclaims.

**JURISDICTION AND VENUE**

4.     ATEN admits that the Court has jurisdiction over Belkin's First through Sixteenth Counterclaims under 28 U.S.C. §§ 2201 and 2202.  ATEN further admits that Belkin seeks declaratory judgment.  ATEN denies any remaining allegations in paragraph 4 of Belkin's counterclaims.

5.     ATEN admits that Belkin alleges its Seventeenth Counterclaim arises under 35 U.S.C. § 292.  ATEN denies any remaining allegations in paragraph 5 of Belkin's counterclaims.

6.     ATEN admits that venue is proper in this district.

2

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

## FIRST COUNTERCLAIM

### (For Declaratory Judgment of Patent Non-Infringement – '112 Patent)

7.     ATEN admits that an actual controversy exists as to whether Belkin infringes, contributes to the infringement of, or induces infringement of the '112 patent.  ATEN denies any remaining allegations in paragraph 7 of Belkin's Counterclaims.

8.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that it has not and does not infringe the '112 patent literally or under the doctrine of equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a declaration that it has not contributed to or induced, and does not contribute to or induce, infringement of the '112 patent.  ATEN denies any remaining allegations in paragraph 8 of Belkin's Counterclaims.

## SECOND COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '112 Patent)

9.     ATEN admits that an actual controversy exists as to the validity of the '112 patent.  ATEN denies any remaining allegations in paragraph 9 of Belkin's Counterclaims.

10.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '112 patent is invalid.  ATEN denies any remaining allegations in paragraph 10 of Belkin's Counterclaims.

## THIRD COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability – '112 Patent)

11.     ATEN does not believe that an answer to paragraphs 80-94 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.     ATEN denies the allegations in paragraph 80 of Belkin's affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

b.      ATEN admits that on July 8, 2002, Jeffer, Mangels, Butler & Mamaro LLP filed U.S. Patent Application No. 10/190,015, entitled "Automatic Switch" listing Kevin Chen as an inventor.  ATEN further admits that the '112 patent states on its face that it issued on April 25, 2006, and was assigned to ATEN International Co., Ltd.  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co. Ltd. during the prosecution of the '112 patent.  ATEN denies any remaining allegations in paragraph 81 of Belkin's affirmative defenses.

c.      ATEN admits that Mr. Chen and/or attorneys acting on his behalf owed a duty of candor to the PTO.  ATEN denies any remaining allegations in paragraph 82 of Belkin's affirmative defenses.

d.      ATEN denies the allegations in paragraph 83 of Belkin's affirmative defenses.

e.      ATEN denies the allegations in paragraph 84 of Belkin's affirmative defenses.

f.      ATEN admits that in ITC Investigation No 337-TA-589, ATEN had accused KVM switches that had cables attached to the bodies of the switches by thumbscrews of infringing the '112 patent.  ATEN denies any remaining allegations in paragraph 85 of Belkin's affirmative defenses.

g.      In response to paragraph 86 of Belkin's affirmative defenses, ATEN asserts that the pleadings and decisions in the ITC investigation speak for themselves.  ATEN admits that it produced KVM switches having a cable attached to the switch by thumbscrews, but denies that those KVM switches constitute prior art.  Except as expressly admitted herein, ATEN denies any remaining allegations in paragraph 86 of the affirmative defenses.

h.      In response to paragraph 87 of Belkin's affirmative defenses, ATEN asserts that the findings of the Administrative Law Judge and the

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1  International Trade Commission speak for themselves.  Except as expressly

2  admitted herein, ATEN denies the allegations of paragraph 87 of the affirmative

3  defenses.

4          i.      In response to paragraph 88 of Belkin's affirmative defenses,

5  ATEN asserts that the file history of the '112 patent speaks for itself.  Except as

6  expressly admitted herein, ATEN denies the allegations of paragraph 88 of the

7  affirmative defenses.

8          j.      ATEN lacks knowledge or information sufficient to form a belief

9  about the truth of the allegations in paragraph 89 of the affirmative defenses, and

10 therefore denies them.

11         k.      ATEN denies the allegations in paragraph 90 of Belkin's

12 affirmative defenses.

13         l.      In response to paragraph 91 of Belkin's affirmative defenses,

14 ATEN asserts that the file history of the '112 patent speaks for itself.  Except as

15 expressly admitted herein, ATEN denies the allegations of paragraph 91 of the

16 affirmative defenses.

17         m.     ATEN admits that the Administrative Law Judge in the ITC

18 investigation did not find the '112 patent unenforceable.  ATEN denies the

19 remaining allegations in paragraph 92 of Belkin's affirmative defenses.

20         n.      ATEN denies the allegations in paragraph 93 of Belkin's

21 affirmative defenses.

22         o.      ATEN denies the allegations in paragraph 94 of Belkin's

23 affirmative defenses.

24         p.      ATEN denies any remaining allegations in paragraph 11 of

25 Belkin's counterclaims.

26

27

28

Case No. SACV09-843 AG (MLGx)
                                      ATEN ANSWER TO BELKIN'S
                              SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

12.     ATEN admits that an actual controversy exists as to whether the '112 patent is enforceable.  ATEN denies any remaining allegations in paragraph 12 of Belkin's Counterclaims.

13.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '112 patent is unenforceable.  ATEN denies any remaining allegations in paragraph 13 of Belkin's Counterclaims.

## FOURTH COUNTERCLAIM

**(For Declaratory Judgment of Patent Non-Infringement – '275 Patent)**

14.     ATEN admits that an actual controversy exists as to whether Belkin infringes, contributes to the infringement of, or induces infringement of the '275 patent.  ATEN denies any remaining allegations in paragraph 14 of Belkin's Counterclaims.

15.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that it has not and does not infringe the '275 patent literally or under the doctrine of equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a declaration that it has not contributed to or induced, and does not contribute to or induce, infringement of the '275 patent.  ATEN denies any remaining allegations in paragraph 15 of Belkin's Counterclaims.

## FIFTH COUNTERCLAIM

**(For Declaratory Judgment of Patent Invalidity – '275 Patent)**

16.     ATEN admits that an actual controversy exists as to the validity of the '275 patent.  ATEN denies any remaining allegations in paragraph 16 of Belkin's Counterclaims.

17.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '275 patent is invalid.  ATEN denies any remaining allegations in paragraph 17 of Belkin's Counterclaims.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

# SIXTH COUNTERCLAIM

## (For Declaratory Judgment of Unenforceability – '275 Patent)

18.     ATEN does not believe that an answer to paragraphs 95-144 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.     ATEN denies the allegations in paragraph 95 of Belkin's affirmative defenses.

b.     ATEN admits that on February 28, 2000, Bacon & Thomas, PLLC filed U.S. Patent Application No. 09/514,579, entitled "An Electronic Switching Device for a Universal Serial Bus Interface" listing Sun Chung Chen as an inventor.  ATEN further admits that the '275 patent states on its face that it issued on May 13, 2003 and was assigned to ATEN International Co., Ltd.  ATEN further admits that the '275 patent claims priority from a Taiwanese patent application filed on May 28, 1999.  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co. Ltd. during the prosecution of the of the '275 patent.  ATEN denies any remaining allegations in paragraph 96 of Belkin's affirmative defenses.

c.     ATEN denies the allegations in paragraph 97 of Belkin's affirmative defenses.

d.     In response to paragraph 98 of Belkin's affirmative defenses, ATEN asserts that the file history of the '275 patent speaks for itself.  Except as expressly admitted herein, ATEN denies the allegations of paragraph 98 of the affirmative defenses.

e.     In response to paragraph 99 of Belkin's affirmative defenses, ATEN asserts that the file history of the '275 patent speaks for itself.  Except as expressly admitted herein, ATEN denies the allegations of paragraph 99 of the affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1          f.      In response to paragraph 100 of Belkin's affirmative defenses,

2    ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

3    expressly admitted herein, ATEN denies the allegations of paragraph 100 of the

4    affirmative defenses.

5          g.      In response to paragraph 101 of Belkin's affirmative defenses,

6    ATEN asserts that the file history of the '275 patent speaks for itself.  Except as

7    expressly admitted herein, ATEN denies the allegations of paragraph 101 of the

8    affirmative defenses.

9          h.      In response to paragraph 102 of Belkin's affirmative defenses,

10   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

11   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

12   paragraph 102 of the affirmative defenses.

13         i.      In response to paragraph 103 of Belkin's affirmative defenses,

14   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

15   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

16   paragraph 103 of the affirmative defenses.

17         j.      In response to paragraph 104 of Belkin's affirmative defenses,

18   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

19   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

20   paragraph 104 of the affirmative defenses.

21         k.      ATEN asserts that the contents of the ATEN 1996 product

22   catalog speak for themselves.  Except as expressly admitted herein, ATEN denies

23   the allegations of paragraph 105 of the affirmative defenses.

24         l.      ATEN lacks knowledge or information sufficient to form a belief

25   about the truth of the allegations in paragraph 106 of the affirmative defenses, and

26   therefore denies them.

27

28

09074-0002/LEGAL20532305.1

1          m.     ATEN admits that the photograph in paragraph 107 appears to
2 show a printed circuit board that bears ATEN's brand name.  ATEN lacks
3 knowledge or information sufficient to form a belief about the truth of the remaining
4 allegations in paragraph 107 of the affirmative defenses, and therefore denies them.

5          n.     ATEN lacks knowledge or information sufficient to form a belief
6 about the truth of the allegations in paragraph 108 of the affirmative defenses, and
7 therefore denies them.

8          o.     In response to paragraph 109 of Belkin's affirmative defenses,
9 ATEN asserts that the '275 patent and the file history of the '275 patent speak for
10 themselves.  ATEN denies the allegations in paragraph 109 of Belkin's affirmative
11 defenses.

12          p.     ATEN lacks knowledge or information sufficient to form a belief
13 about the truth of the allegations in paragraph 110 of the affirmative defenses, and
14 therefore denies them.

15          q.     ATEN lacks knowledge or information sufficient to form a belief
16 about the truth of the allegations in paragraph 111 of the affirmative defenses, and
17 therefore denies them.

18          r.     ATEN lacks knowledge or information sufficient to form a belief
19 about the truth of the allegations in paragraph 112 of the affirmative defenses, and
20 therefore denies them.

21          s.     ATEN lacks knowledge or information sufficient to form a belief
22 about the truth of the allegations in paragraph 113 of the affirmative defenses, and
23 therefore denies them.

24          t.     ATEN lacks knowledge or information sufficient to form a belief
25 about the truth of the allegations in paragraph 114 of the affirmative defenses, and
26 therefore denies them.

27

28

09074-0002/LEGAL20532305.1

1    u.    ATEN lacks knowledge or information sufficient to form a belief
2 about the truth of the allegations in paragraph 115 of the affirmative defenses, and
3 therefore denies them.

4    v.    ATEN lacks knowledge or information sufficient to form a belief
5 about the truth of the allegations in paragraph 116 of the affirmative defenses, and
6 therefore denies them.

7    w.    ATEN lacks knowledge or information sufficient to form a belief
8 about the truth of the allegations in paragraph 117 of the affirmative defenses, and
9 therefore denies them.

10   x.    In response to paragraph 118 of Belkin's affirmative defenses,
11 ATEN asserts that the '275 patent and the file history of the '275 patent speak for
12 themselves.  Except as expressly admitted herein, ATEN denies the allegations of
13 paragraph 118 of the affirmative defenses.

14   y.    ATEN denies the allegations in paragraph 119 of the affirmative
15 defenses.

16   z.    In response to paragraph 120 of Belkin's affirmative defenses,
17 ATEN asserts that the '275 patent and the file history of the '275 patent speak for
18 themselves.  Except as expressly admitted herein, ATEN denies the allegations of
19 paragraph 120 of the affirmative defenses.

20   aa.   ATEN lacks knowledge or information sufficient to form a belief
21 about the truth of the allegations in paragraph 121 of the affirmative defenses, and
22 therefore denies them.

23   bb.   ATEN lacks knowledge or information sufficient to form a belief
24 about the truth of the allegations in paragraph 122 of the affirmative defenses, and
25 therefore denies them.

26
27
28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

1            cc.    ATEN lacks knowledge or information sufficient to form a belief

2    about the truth of the allegations in paragraph 123 of the affirmative defenses, and

3    therefore denies them.

4            dd.    ATEN lacks knowledge or information sufficient to form a belief

5    about the truth of the allegations in paragraph 124 of the affirmative defenses, and

6    therefore denies them.

7            ee.    In response to paragraph 125 of Belkin's affirmative defenses,

8    ATEN asserts that the '275 patent and the file history of the '275 patent speak for

9    themselves.  Except as expressly admitted herein, ATEN denies the allegations of

10   paragraph 125 of the affirmative defenses.

11           ff.    In response to paragraph 126 of Belkin's affirmative defenses,

12   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

13   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

14   paragraph 126 of the affirmative defenses.

15           gg.    ATEN denies the allegations in paragraph 127 of Belkin's

16   affirmative defenses.

17           hh.    In response to paragraph 128 of Belkin's affirmative defenses,

18   ATEN asserts that the '275 patent and the file history of the '275 patent speak for

19   themselves.  Except as expressly admitted herein, ATEN denies the allegations of

20   paragraph 128 of the affirmative defenses.

21           ii.    ATEN lacks knowledge or information sufficient to form a belief

22   about the truth of the allegations in paragraph 129 of the affirmative defenses, and

23   therefore denies them.

24           jj.    ATEN lacks knowledge or information sufficient to form a belief

25   about the truth of the allegations in paragraph 130 of the affirmative defenses, and

26   therefore denies them.

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1        kk.    ATEN lacks knowledge or information sufficient to form a belief

2 about the truth of the allegations in paragraph 131 of the affirmative defenses, and

3 therefore denies them.

4        ll.    ATEN lacks knowledge or information sufficient to form a belief

5 about the truth of the allegations in paragraph 132 of the affirmative defenses, and

6 therefore denies them.

7        mm.   In response to paragraph 133 of Belkin's affirmative defenses,

8 ATEN asserts that the '275 patent and the file history of the '275 patent speak for

9 themselves.  Except as expressly admitted herein, ATEN denies the allegations of

10 paragraph 133 of the affirmative defenses.

11        nn.    ATEN denies the allegations in paragraph 134 of the affirmative

12 defenses.

13        oo.    ATEN lacks knowledge or information sufficient to form a belief

14 about the truth of the allegations in paragraph 135 of the affirmative defenses, and

15 therefore denies them.

16        pp.    ATEN lacks knowledge or information sufficient to form a belief

17 about the truth of the allegations in paragraph 136 of the affirmative defenses, and

18 therefore denies them.

19        qq.    ATEN denies the allegations in paragraph 137 of Belkin's

20 affirmative defenses.

21        rr.    ATEN denies the allegations in paragraph 138 of Belkin's

22 affirmative defenses.

23        ss.    ATEN denies the allegations in paragraph 139 of Belkin's

24 affirmative defenses.

25        tt.    ATEN denies the allegations in paragraph 140 of Belkin's

26 affirmative defenses.

27

28

    Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1          uu.    ATEN denies the allegations in paragraph 141 of Belkin's

2    affirmative defenses.

3          vv.    ATEN denies the allegations in paragraph 142 of Belkin's

4    affirmative defenses.

5          ww.   ATEN denies the allegations in paragraph 143 of Belkin's

6    affirmative defenses.

7          xx.    ATEN denies the allegations in paragraph 144 of Belkin's

8    affirmative defenses.

9          yy.    ATEN denies any remaining allegations in paragraph 18 of

10   Belkin's counterclaims.

11       19.    ATEN admits that an actual controversy exists as to whether the '275

12   patent is enforceable.  ATEN denies any remaining allegations in paragraph 19 of

13   Belkin's Counterclaims.

14       20.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

15   that the '275 patent is unenforceable.  ATEN denies any remaining allegations in

16   paragraph 20 of Belkin's Counterclaims.

## SEVENTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Non-Infringement – '287 Patent)

19       21.    ATEN admits that an actual controversy exists as to whether Belkin

20   infringes, contributes to the infringement of, or induces infringement of the '287

21   patent.  ATEN denies any remaining allegations in paragraph 21 of Belkin's

22   Counterclaims.

23       22.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

24   it has not and does not infringe the '287 patent literally or under the doctrine of

25   equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a

26   declaration that it has not contributed to or induced, and does not contribute to or

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

induce, infringement of the '287 patent.  ATEN denies any remaining allegations in paragraph 22 of Belkin's Counterclaims.

## EIGHTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '287 Patent)

23.     ATEN admits that an actual controversy exists as to the validity of the '287 patent.  ATEN denies any remaining allegations in paragraph 23 of Belkin's Counterclaims.

24.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '287 patent is invalid.  ATEN denies any remaining allegations in paragraph 24 of Belkin's Counterclaims.

## NINTH COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability For Alleged Misrepresentations – '287 Patent)

25.     ATEN does not believe that an answer to paragraphs 145-165 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.     ATEN denies the allegations in paragraph 145 of Belkin's affirmative defenses.

b.     ATEN admits that U.S. Patent Application No. 10/065,375, entitled "Signal Switch for Console and Peripheral Devices," was filed on October 10, 2002 by Sheldon & Mack, Inc., listing Tony Lou, Kevin Chen and Sampson Yang as inventors.  ATEN further admits that the '287 patent states on its face that it issued October 18, 2005, and was assigned to ATEN International Co., Ltd.  ATEN further admits that the '287 patent claims priority from provisional patent application no. 60/338,071, which was filed on November 9, 2001.  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co.

09074-0002/LEGAL20532305.1

1  Ltd. during the prosecution of the of the '287 patent.  ATEN denies any remaining
2  allegations in paragraph 146 of Belkin's affirmative defenses.

3          c.      ATEN denies the allegations in paragraph 147 of Belkin's
4  affirmative defenses.

5          d.      In response to paragraph 148 of Belkin's affirmative defenses,
6  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as
7  expressly admitted herein, ATEN denies the allegations of paragraph 148 of the
8  affirmative defenses.

9          e.      In response to paragraph 149 of Belkin's affirmative defenses,
10  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as
11  expressly admitted herein, ATEN denies the allegations of paragraph 149 of the
12  affirmative defenses.

13          f.      In response to paragraph 150 of Belkin's affirmative defenses,
14  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as
15  expressly admitted herein, ATEN denies the allegations of paragraph 150 of the
16  affirmative defenses.

17          g.      In response to paragraph 151 of the Belkin's affirmative
18  defenses, ATEN asserts that the file history of the '287 patent speaks for itself.
19  Except as expressly admitted herein, ATEN denies the allegations of paragraph 151
20  of the affirmative defenses.

21          h.      In response to paragraph 152 of Belkin's affirmative defenses,
22  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as
23  expressly admitted herein, ATEN denies the allegations of paragraph 152 of the
24  affirmative defenses.

25          i.      In response to paragraph 153 of Belkin's affirmative defenses,
26  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as

27

28
                                            15        Case No. SACV09-843 AG (MLGx)
                                                       ATEN ANSWER TO BELKIN'S
                                             SECOND SUPP AM COUNTERCLAIMS

1   expressly admitted herein, ATEN denies the allegations of paragraph 153 of the

2   affirmative defenses.

3           j.     In response to paragraph 154 of Belkin's affirmative defenses,

4   ATEN asserts that the file history of the '287 patent speaks for itself. Except as

5   expressly admitted herein, ATEN denies the allegations of paragraph 154 of the

6   affirmative defenses.

7           k.     In response to paragraph 155 of Belkin's affirmative defenses,

8   ATEN asserts that the file history of the '287 patent speaks for itself. Except as

9   expressly admitted herein, ATEN denies the allegations of paragraph 155 of the

10   affirmative defenses.

11           l.     In response to paragraph 156 of Belkin's affirmative defenses,

12   ATEN asserts that the file history of the '287 patent speaks for itself. Except as

13   expressly admitted herein, ATEN denies the allegations of paragraph 156 of the

14   affirmative defenses.

15           m.    ATEN denies the allegations in paragraph 157 of Belkin's

16   affirmative defenses.

17           n.     In response to paragraph 158 of Belkin's affirmative defenses,

18   ATEN asserts that the file history of the '287 patent speaks for itself. Except as

19   expressly admitted herein, ATEN denies the allegations of paragraph 158 of the

20   affirmative defenses.

21           o.     ATEN denies the allegations in paragraph 159 of Belkin's

22   affirmative defenses.

23           p.     ATEN denies the allegations in paragraph 160 of Belkin's

24   affirmative defenses.

25           q.     ATEN denies the allegations in paragraph 161 of Belkin's

26   affirmative defenses.

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

r.      ATEN denies the allegations in paragraph 162 of Belkin's affirmative defenses.

s.      ATEN denies the allegations in paragraph 163 of Belkin's affirmative defenses.

t.      ATEN denies the allegations in paragraph 164 of Belkin's affirmative defenses.

u.      ATEN denies the allegations in paragraph 165 of Belkin's affirmative defenses.

v.      ATEN denies any remaining allegations in paragraph 25 of Belkin's counterclaims.

26.    ATEN admits that an actual controversy exists as to whether the '287 patent is enforceable.  ATEN denies any remaining allegations in paragraph 26 of Belkin's Counterclaims.

27.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '287 patent is unenforceable.  ATEN denies any remaining allegations in paragraph 27 of Belkin's Counterclaims.

## TENTH COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability For Alleged Failure to Cite Prior Art – '287 Patent)

28.    ATEN does not believe that an answer to paragraphs 166-189 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.      ATEN denies the allegations in paragraph 166 of Belkin's affirmative defenses.

b.      ATEN admits that U.S. Patent Application No. 10/065,375 was filed on October 10, 2002.  ATEN further admits that the '287 patent states on its face that it issued October 18, 2005, and was assigned to ATEN International Co.,

17      Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1    Ltd.  ATEN further admits that the '287 patent claims priority from provisional

2    patent application no. 60/338,071, which was filed on November 9, 2001.  ATEN

3    incorporates by reference paragraph 25(b) above, which responds to paragraph 146

4    of Belkin's affirmative defenses.  ATEN denies any remaining allegations in

5    paragraph 167 of Belkin's affirmative defenses.

6            c.      In response to paragraph 168 of the Belkin's affirmative

7    defenses, ATEN asserts that the file history of the '287 patent speaks for itself.

8    ATEN incorporates by reference paragraph 25(g) above, which responds to

9    paragraph 151 of the affirmative defenses.  Except as expressly admitted herein,

10   ATEN denies the allegations of paragraph 168 of the affirmative defenses.

11           d.      ATEN admits that provisional application no. 60/338,071 was

12   filed on November 9, 2001.  Except as expressly admitted herein, ATEN denies the

13   allegations of paragraph 169 of Belkin's affirmative defenses.

14           e.      ATEN admits the allegations of paragraph 170 of Belkin's

15   affirmative defenses.

16           f.      ATEN admits that ATEN sold the CS-228 and CS-428 in the

17   United States.  Except as expressly admitted herein, ATEN denies the allegations of

18   paragraph 171 of Belkin's affirmative defenses.

19           g.      ATEN lacks sufficient information to admit or deny the

20   allegations of paragraph 172 of Belkin's affirmative defenses and, therefore, denies

21   those allegations.

22           h.      ATEN admits that the CS-228 and CS-428 were sold under the

23   ATEN brand name and were offered for sale and/or sold in the United States.

24   Except as expressly admitted herein, ATEN denies the allegations of paragraph 173

25   of Belkin's affirmative defenses.

26           i.      ATEN admits that the CS-428 connects up to four users to

27   control up to eight computers.  ATEN admits that the image shown by Belkin

28

                                        18          Case No. SACV09-843 AG (MLGx)
                                                    ATEN ANSWER TO BELKIN'S
                                            SECOND SUPP AM COUNTERCLAIMS

1  contains the words "Any computer on the installation can be accessed by any

2  console…" Except as expressly admitted herein, ATEN denies the allegations of

3  paragraph 174 of Belkin's affirmative defenses.

4         j.     ATEN denies the allegations in paragraph 175 of Belkin's

5  affirmative defenses.

6         k.     ATEN denies the allegations in paragraph 176 of Belkin's

7  affirmative defenses.

8         l.     ATEN denies the allegations in paragraph 177 of Belkin's

9  affirmative defenses.

10         m.     ATEN denies the allegations in paragraph 178 of Belkin's

11  affirmative defenses.

12         n.     ATEN admits that the CS-228 connects up to two users to

13  control up to eight computers. Except as expressly admitted herein, ATEN denies

14  the allegations of paragraph 179 of Belkin's affirmative defenses.

15         o.     ATEN incorporates by reference paragraphs 28(i) and 28(j),

16  responding to paragraphs 174 and 175 of Belkin's affirmative defenses. ATEN

17  denies any remaining allegations in paragraph 180 of Belkin's affirmative defenses.

18         p.     ATEN denies the allegations in paragraph 181 of Belkin's

19  affirmative defenses.

20         q.     ATEN denies the allegations in paragraph 182 of Belkin's

21  affirmative defenses.

22         r.     ATEN denies the allegations in paragraph 183 of Belkin's

23  affirmative defenses.

24         s.     ATEN denies the allegations in paragraph 184 of Belkin's

25  affirmative defenses.

26         t.     ATEN denies the allegations in paragraph 185 of Belkin's

27  affirmative defenses.

28

19      Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1      u.      ATEN denies the allegations in paragraph 186 of Belkin's

2  affirmative defenses.

3      v.      ATEN denies the allegations in paragraph 187 of Belkin's

4  affirmative defenses.

5      w.      ATEN denies the allegations in paragraph 188 of Belkin's

6  affirmative defenses.

7      x.      ATEN denies the allegations in paragraph 189 of Belkin's

8  affirmative defenses.

9      y.      ATEN denies any remaining allegations in paragraph 28 of

10 Belkin's counterclaims.

11     29.     ATEN admits that an actual controversy exists as to whether the '287

12 patent is enforceable.  ATEN denies any remaining allegations in paragraph 29 of

13 Belkin's Counterclaims.

14     30.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

15 the '287 patent is unenforceable.  ATEN denies any remaining allegations in

16 paragraph 30 of Belkin's Counterclaims.

## ELEVENTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Non-Infringement – '854 Patent)

19     31.     ATEN admits that an actual controversy exists as to whether Belkin

20 infringes, contributes to the infringement of, or induces infringement of the '854

21 patent.  ATEN denies any remaining allegations in paragraph 31 of Belkin's

22 Counterclaims.

23     32.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

24 it has not and does not infringe the '854 patent literally or under the doctrine of

25 equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a

26 declaration that it has not contributed to or induced, and does not contribute to or

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

induce, infringement of the '854 patent.  ATEN denies any remaining allegations in paragraph 32 of Belkin's Counterclaims.

## TWELFTH COUNTERCLAIM

### (For Declaratory Judgment of Patent Invalidity – '854 Patent)

33.   ATEN admits that an actual controversy exists as to the validity of the '854 patent.  ATEN denies any remaining allegations in paragraph 33 of Belkin's Counterclaims.

34.   ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '854 patent is invalid.  ATEN denies any remaining allegations in paragraph 34 of Belkin's Counterclaims.

## THIRTEENTH COUNTERCLAIM

### (For Declaratory Judgment of Unenforceability – '854 Patent)

35.   ATEN does not believe that an answer to paragraphs 190-246 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.   ATEN denies the allegations in paragraph 190 of Belkin's affirmative defenses.

b.   ATEN admits that U.S. Patent Application No. 10/824,493, entitled "Keyboard Video Mouse Switch and the Method Thereof," was filed on April 15, 2004 by Hoffman, Wasson & Gitler, P.C., listing Sun-Chung Chen as inventor.  ATEN further admits that the '854 patent states on its face that it issued November 3, 2009; was assigned to ATEN International Co., Ltd.; and is titled Keyboard Video Mouse (KVM) Switch Wherein Peripherals Having Source Communication Protocol Are Routed Via KVM Switch and Converted to Destination Communication Protocol."  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co., Ltd. during the prosecution of

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

the of the '854 patent.  ATEN denies any remaining allegations in paragraph 191 of Belkin's affirmative defenses.

    c.  ATEN denies the allegations in paragraph 192 of Belkin's affirmative defenses.

    d.  In response to paragraph 193 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself. Except as expressly admitted herein, ATEN denies the allegations of paragraph 193 of the affirmative defenses.

    e.  In response to paragraph 194 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself. Except as expressly admitted herein, ATEN denies the allegations of paragraph 194 of the affirmative defenses.

    f.  In response to paragraph 195 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself. Except as expressly admitted herein, ATEN denies the allegations of paragraph 195 of the affirmative defenses.

    g.  In response to paragraph 196 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself. Except as expressly admitted herein, ATEN denies the allegations of paragraph 196 of the affirmative defenses.

    h.  In response to paragraph 197 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself. Except as expressly admitted herein, ATEN denies the allegations of paragraph 197 of the affirmative defenses.

    i.  In response to paragraph 198 of the Belkin's affirmative defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1   Except as expressly admitted herein, ATEN denies the allegations of paragraph 198

2   of the affirmative defenses.

3          j.       In response to paragraph 199 of the Belkin's affirmative

4   defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

5   Except as expressly admitted herein, ATEN denies the allegations of paragraph 199

6   of the affirmative defenses.

7          k.       In response to paragraph 200 of the Belkin's affirmative

8   defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

9   Except as expressly admitted herein, ATEN denies the allegations of paragraph 200

10  of the affirmative defenses.

11         l.       In response to paragraph 201 of the Belkin's affirmative

12  defenses, ATEN asserts that the file history of the '854 patent speaks for itself.

13  Except as expressly admitted herein, ATEN denies the allegations of paragraph 201

14  of the affirmative defenses.

15         m.       ATEN denies the allegations in paragraph 202 of Belkin's

16  affirmative defenses.

17         n.       ATEN denies the allegations in paragraph 203 of Belkin's

18  affirmative defenses.

19         o.       ATEN denies the allegations in paragraph 204 of Belkin's

20  affirmative defenses.

21         p.       ATEN denies the allegations in paragraph 205 of Belkin's

22  affirmative defenses.

23         q.       ATEN denies the allegations in paragraph 206 of Belkin's

24  affirmative defenses.

25         r.       ATEN denies the allegations in paragraph 207 of Belkin's

26  affirmative defenses.

27

28

                                            23          Case No. SACV09-843 AG (MLGx)
                                                        ATEN ANSWER TO BELKIN'S
                                                        SECOND SUPP AM COUNTERCLAIMS

1          s.      ATEN denies the allegations in paragraph 208 of Belkin's

2 affirmative defenses.

3          t.      ATEN denies the allegations in paragraph 209 of Belkin's

4 affirmative defenses.

5          u.      ATEN denies the allegations in paragraph 210 of Belkin's

6 affirmative defenses.

7          v.      ATEN denies the allegations in paragraph 211 of Belkin's

8 affirmative defenses.

9          w.      ATEN denies the allegations in paragraph 212 of Belkin's

10 affirmative defenses.

11          x.      ATEN denies the allegations in paragraph 213 of Belkin's

12 affirmative defenses.

13          y.      ATEN admits that the image shown in paragraph 214 of Belkin's

14 affirmative defenses contains the words "User Customized Configurations";

15 "Allows Integrations of USB Computers Into Traditional PC/AT and PS/2

16 Installations"; and "install either a USB based, or standard DB-25 4 Port card into

17 any row, allowing you to mix and match both types."  Except as expressly admitted

18 herein, ATEN denies the allegations of paragraph 214 of Belkin's affirmative

19 defenses.

20          z.      ATEN admits that the image shown in paragraph 215 of Belkin's

21 affirmative defenses contains the words "PS/2 Mouse Controls All Connected PCs –

22 Even Those With Serial Mice"; "User Customized Configuration"; and "Allows

23 Integration of USB Computers Into Traditional PC/AT and PS/2 Installations."

24 Except as expressly admitted herein, ATEN denies the allegations of paragraph 215

25 of Belkin's affirmative defenses.

26          aa.      ATEN admits that the image shown in paragraph 216 of Belkin's

27 affirmative defenses contains the words "one set of standard connectors, either in

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

PS/2, USB, or SUN platform"; "allowing you to mix and match as required"; "control of any computer across any of the three connection platforms"; and "For example, one PS/2 console card and one USB console card can be used in combination with one USB CPU card and one SUN CPU card…"  Except as expressly admitted herein, ATEN denies the allegations of paragraph 216 of Belkin's affirmative defenses.

bb.     ATEN admits that the image shown in paragraph 217 of Belkin's affirmative defenses contains the words "The featured packed ACS-4032X uses 'Plug-in Card' technology supporting several, flexible platforms; PS/2, USB and SUN.  No more annoying adapters and converters – simply mix and match systems on the same KVM installation."  Except as expressly admitted herein, ATEN denies the allegations of paragraph 217 of Belkin's affirmative defenses.

cc.     ATEN denies the allegations in paragraph 218 of Belkin's affirmative defenses.

dd.     ATEN denies the allegations in paragraph 219 of Belkin's affirmative defenses.

ee.     ATEN denies the allegations in paragraph 220 of Belkin's affirmative defenses.

ff.     ATEN denies the allegations in paragraph 221 of Belkin's affirmative defenses.

gg.     ATEN admits that Mr. Chen was the inventor named on the '854 patent and the CEO of ATEN during the prosecution of the '854 patent.  ATEN denies any remaining allegations in paragraph 222 of Belkin's affirmative defenses.

hh.     ATEN admits that Mr. Chen was the inventor named on the '854 patent and the CEO of ATEN during the prosecution of the '854 patent.  ATEN denies any remaining allegations in paragraph 223 of Belkin's affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

ii.     ATEN admits that Mr. Chen was the inventor named on the '854 patent and the CEO of ATEN during the prosecution of the '854 patent. ATEN denies any remaining allegations in paragraph 224 of Belkin's affirmative defenses.

jj.     ATEN denies the allegations in paragraph 225 of Belkin's affirmative defenses.

kk.     ATEN denies the allegations in paragraph 226 of Belkin's affirmative defenses.

ll.     ATEN denies the allegations in paragraph 227 of Belkin's affirmative defenses.

mm.   ATEN denies the allegations in paragraph 228 of Belkin's affirmative defenses.

nn.     ATEN admits that Avocent Redmond Corporation named ATEN Technology, Inc., a subsidiary of ATEN International, as a defendant in a patent infringement lawsuit against Rose Electronics in or around January 2007. ATEN lacks sufficient information to admit or deny the remaining allegations of paragraph 229 of Belkin's affirmative defenses and, therefore, denies those allegations.

oo.     ATEN admits that Avocent accused ATEN and others, including upon information and belief Belkin, of infringing three patents. ATEN lacks sufficient information to admit or deny the remaining allegations of paragraph 230 of Belkin's affirmative defenses and, therefore, denies those allegations.

pp.     ATEN lacks sufficient information to admit or deny the allegations of paragraph 231 of Belkin's affirmative defenses and, therefore, denies those allegations.

qq.     ATEN lacks sufficient information to admit or deny the allegations of paragraph 232 of Belkin's affirmative defenses and, therefore, denies those allegations.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1    rr.    ATEN admits that the image shown in paragraph 233 of Belkin's

2    affirmative defenses contains the words "Multiplatform support" and "switch easily

3    across platforms."  ATEN lacks sufficient information to admit or deny any

4    remaining allegations of paragraph 233 of Belkin's affirmative defenses and,

5    therefore, denies those allegations.

6    ss.    ATEN lacks sufficient information to admit or deny the

7    allegations of paragraph 234 of Belkin's affirmative defenses and, therefore, denies

8    those allegations.

9    tt.    ATEN lacks sufficient information to admit or deny the

10    allegations of paragraph 235 of Belkin's affirmative defenses and, therefore, denies

11    those allegations.

12    uu.    ATEN denies the allegations in paragraph 236 of Belkin's

13    affirmative defenses.

14    vv.    ATEN denies the allegations in paragraph 237 of Belkin's

15    affirmative defenses.

16    ww.    ATEN denies the allegations in paragraph 238 of Belkin's

17    affirmative defenses.

18    xx.    ATEN denies the allegations in paragraph 239 of Belkin's

19    affirmative defenses.

20    yy.    ATEN denies the allegations in paragraph 240 of Belkin's

21    affirmative defenses.

22    zz.    ATEN denies the allegations in paragraph 241 of Belkin's

23    affirmative defenses.

24    aaa.    ATEN denies the allegations in paragraph 242 of Belkin's

25    affirmative defenses.

26    bbb.    ATEN denies the allegations in paragraph 243 of Belkin's

27    affirmative defenses.

28

1           ccc.   ATEN denies the allegations in paragraph 244 of Belkin's

2    affirmative defenses.

3           ddd.   ATEN denies the allegations in paragraph 245 of Belkin's

4    affirmative defenses.

5           eee.   ATEN denies the allegations in paragraph 246 of Belkin's

6    affirmative defenses.

7           fff.   ATEN denies any remaining allegations in paragraph 35 of

8    Belkin's counterclaims.

9        36.   ATEN admits that an actual controversy exists as to whether the '854

10   patent is enforceable.  ATEN denies any remaining allegations in paragraph 36 of

11   Belkin's Counterclaims.

12       37.   ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

13   the '287 patent is unenforceable.  ATEN denies any remaining allegations in

14   paragraph 37 of Belkin's Counterclaims.

15   **FOURTEENTH COUNTERCLAIM**

16   **(For Declaratory Judgment of Patent Non-Infringement – '299 Patent)**

17       38.   ATEN admits that an actual controversy exists as to whether Belkin

18   infringes, contributes to the infringement of, or induces infringement of the '299

19   patent.  ATEN denies any remaining allegations in paragraph 38 of Belkin's

20   Counterclaims.

21       39.   ATEN admits that, by its Counterclaim, Belkin seeks a declaration that

22   it has not and does not infringe the '299 patent literally or under the doctrine of

23   equivalents.  ATEN further admits that, by its Counterclaim, Belkin seeks a

24   declaration that it has not contributed to or induced, and does not contribute to or

25   induce, infringement of the '299 patent.  ATEN denies any remaining allegations in

26   paragraph 39 of Belkin's Counterclaims.

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

**FIFTEENTH COUNTERCLAIM**

**(For Declaratory Judgment of Patent Invalidity – '299 Patent)**

40.    ATEN admits that an actual controversy exists as to the validity of the '299 patent.  ATEN denies any remaining allegations in paragraph 40 of Belkin's Counterclaims.

41.    ATEN admits that, by its Counterclaim, Belkin seeks a declaration that the '299 patent is invalid.  ATEN denies any remaining allegations in paragraph 41 of Belkin's Counterclaims.

**SIXTEENTH COUNTERCLAIM**

**(For Declaratory Judgment of Unenforceability – '299 Patent)**

42.    ATEN does not believe that an answer to paragraphs 247-262 of Belkin's affirmative defenses is required.  Nonetheless, to the extent that an answer is required, ATEN responds as follows:

a.    ATEN denies the allegations in paragraph 247 of Belkin's affirmative defenses.

b.    ATEN admits that on December 22, 2005, Jeffer, Mangels, Butler & Mamaro LLP filed U.S. Patent Application No. 11/317,632, entitled "Keyboard, Video and Mouse (KVM) Switch" listing Kevin Chen as an inventor. ATEN further admits that the '299 patent states on its face that it issued on June 2, 2006, and was assigned to ATEN International Co., Ltd.  ATEN further admits that Mr. Chen was the Chief Executive Officer of ATEN International Co. Ltd. during the prosecution of the of the '299 patent.  ATEN denies any remaining allegations in paragraph 248 of Belkin's affirmative defenses.

c.    ATEN admits that Mr. Chen and/or attorneys acting on his behalf owed a duty of candor to the PTO.  ATEN denies all other allegations in paragraph 249 of Belkin's affirmative defenses.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1             d.      ATEN denies the allegations in paragraph 250 of Belkin's

2 affirmative defenses.

3             e.      ATEN denies the allegations in paragraph 251 of Belkin's

4 affirmative defenses.

5             f.      In response to paragraph 252 of the Belkin's affirmative

6 defenses, ATEN asserts that the findings of the Administrative Law Judge and the

7 International Trade Commission speak for themselves.  Except as expressly

8 admitted herein, ATEN denies the allegations of paragraph 252 of the affirmative

9 defenses.

10           g.      ATEN lacks knowledge or information sufficient to form a belief

11 about the truth of the allegations in paragraph 253 of the affirmative defenses, and

12 therefore denies them.

13           h.      ATEN lacks knowledge or information sufficient to form a belief

14 about the truth of the allegations in paragraph 254 of the affirmative defenses, and

15 therefore denies them.

16           i.      ATEN denies the allegations in paragraph 255 of Belkin's

17 affirmative defenses.

18           j.      ATEN denies the allegations in paragraph 256 of Belkin's

19 affirmative defenses.

20           k.      ATEN denies the allegations in paragraph 257 of Belkin's

21 affirmative defenses.

22           l.      ATEN admits that the '299 patent is a continuation-in-part of the

23 '112 patent.  ATEN denies any remaining allegations in paragraph 258 of Belkin's

24 affirmative defenses.

25           m.     ATEN denies the allegations in paragraph 259 of Belkin's

26 affirmative defenses.

27

28

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

n.     ATEN denies the allegations in paragraph 260 of Belkin's affirmative defenses.

o.     ATEN denies the allegations in paragraph 261 of Belkin's affirmative defenses.

p.     ATEN denies the allegations in paragraph 262 of Belkin's affirmative defenses.

q.     ATEN denies any remaining allegations in paragraph 42 of Belkin's counterclaims.

43.     ATEN admits that an actual controversy exists as to whether the '299 patent is enforceable.  ATEN denies any remaining allegations in paragraph 43 of Belkin's Counterclaims.

44.     ATEN admits that, by its Counterclaim, Belkin seeks a declaration that that the '299 patent is unenforceable.  ATEN denies any remaining allegations in paragraph 44 of Belkin's Counterclaims.

## SEVENTEENTH COUNTERCLAIM

### (For Alleged False Marking – '287 Patent)

45.     ATEN incorporates by reference its response to paragraphs 1-3, 5, and 6 above.

46.     ATEN admits that the '287 patent states on its face that it issued on October 18, 2005; was assigned to ATEN International Co., Ltd.; was based on Patent Application No. 10/065,375, which was filed on October 10, 2002; and claims priority to Provisional Application No. 60/338,071, which was filed on November 9, 2001.  ATEN denies any remaining allegations in paragraph 46 of Belkin's Counterclaims.

47.     ATEN admits that lines 40-44 of column 3 of the '287 patent read, "The signal switch can either asynchronously or synchronously switch KVM channels and peripheral channels to a common computer or different computer.  In

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

other words, the KVM channels and peripheral channels may be switched together (synchronously) or separately (asynchronously)."  ATEN asserts that the file history of the '287 patent speaks for itself.  Except as expressly admitted herein, ATEN denies the allegations of paragraph 47 of Belkin's counterclaims.

48.     ATEN asserts that the claims of the '287 patent speak for themselves. Except as expressly admitted herein, ATEN denies the allegations of paragraph 48 of Belkin's counterclaims.

49.     ATEN denies the allegations in paragraph 49 of Belkin's Counterclaims.

50.     ATEN admits that it sold the CS-102U in the United States.  ATEN denies any remaining allegations in paragraph 50 of Belkin's Counterclaims.

51.     ATEN denies the allegations in paragraph 51 of Belkin's Counterclaims.

52.     ATEN denies the allegations in paragraph 52 of Belkin's Counterclaims.

53.     ATEN admits that it sold the CS-102U and CS-104U in the United States.  ATEN denies any remaining allegations in paragraph 53 of Belkin's Counterclaims.

54.     ATEN denies the allegations in paragraph 54 of Belkin's Counterclaims.

55.     ATEN denies the allegations in paragraph 55 of Belkin's Counterclaims.

56.     ATEN denies the allegations in paragraph 56 of Belkin's Counterclaims.

57.     ATEN denies the allegations in paragraph 57 of Belkin's Counterclaims.

Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

09074-0002/LEGAL20532305.1

1    58.    ATEN denies the allegations in paragraph 58 of Belkin's

2   Counterclaims.

### AFFIRMATIVE DEFENSES

4    Without shifting the applicable burden of proof, ATEN asserts the following

5   defenses in response to Belkin's Counterclaims.  ATEN reserves the right to assert

6   additional defenses as they become known through discovery and the course of the

7   litigation.

### FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

10   Belkin's counterclaims are barred or limited by the statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

### (Waiver, Estoppel and/or Laches)

13    Belkin's counterclaims are barred or limited by the doctrines of waiver,

14   estoppel and/or laches.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

17    If any damages have been or will be sustained, Belkin has failed to mitigate or

18   attempt to mitigate damages, and any recovery by Belkin must therefore be

19   diminished or barred.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

22    Belkin's counterclaims are barred or limited by its failure to state a claim

23   upon which relief can be granted.

### JURY DEMAND

25    ATEN demands a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

27    WHEREFORE, ATEN respectfully requests that the Court:

28

33    Case No. SACV09-843 AG (MLGx)
ATEN ANSWER TO BELKIN'S
SECOND SUPP AM COUNTERCLAIMS

1          (a) Grant ATEN the relief its seeks in its Second Amended and Supplemental

2    Complaint;

3          (b) Deny Belkin the relief its seeks in its Supplemental Amended Answer and

4    Counterclaims;

5          (c) Dismiss Belkin's Counterclaims with prejudice;

6          (d) Grant judgment in favor of ATEN on each of Belkin's Counterclaims;

7          (e) Award ATEN its costs and attorneys' fees pursuant to 35 U.S.C. § 285 and

8    28 U.S.C. § 1927; and

9          (f) Grant ATEN such other and further relief as may be just and appropriate.

10

11   DATED: April 11, 2011                    **PERKINS COIE** LLP

12

13                                  By: */s/ Matthew C. Bernstein*
                                        John P. Schnurer, Bar No. 185725
14                                      JSchnurer@perkinscoie.com
                                        Matthew C. Bernstein, Bar No. 199240
15                                      MBernstein@perkinscoie.com
                                        Cheng C. (Jack) Ko, Bar No. 244630
16                                      JKo@perkinscoie.com
                                        Michael J. Engle, Bar No. 259476
17                                      MEngle@perkinscoie.com

18
                                        Attorneys for Plaintiffs
19                                      ATEN INTERNATIONAL CO., LTD., and
                                        ATEN TECHNOLOGY, INC.
20

21

22

23

24

25

26

27

28
                                        34          Case No. SACV09-843 AG (MLGx)
                                                    ATEN ANSWER TO BELKIN'S
                                            SECOND SUPP AM COUNTERCLAIMS

1

### CERTIFICATE OF SERVICE

2          The undersigned hereby certifies that a true and correct copy of the above and

3    foregoing document has been served on April 11, 2011 to all counsel of record who

4    are deemed to have consented to electronic service via the Court's CM/ECF system.

5          Any other counsel of record will be served by electronic mail.

6

7                                              ___/s/ Matthew C. Bernstein_____

8                                              Matthew C. Bernstein
                                               MBernstein@perkinscoie.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1          Case No. SACV09-843 AG (MLGx)
                                                   ATEN ANSWER TO BELKIN'S
                                               SECOND SUPP AM COUNTERCLAIMS