1  Robert W. Dickerson (State Bar No. 89367)
   dickersonr@dicksteinshapiro.com
2  Yasser M. El-Gamal (State Bar No. 189047)
   elgamaly@dicksteinshapiro.com
3  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
4  Los Angeles, California  90067-3109
   Telephone: (310) 772-8300
5  Facsimile: (310) 772-8301

6  Jeffrey A. Miller (State Bar No. 160602)
   millerj@dicksteinshapiro.com
7  DICKSTEIN SHAPIRO LLP
   303 Twin Dolphin Drive, Suite 600
8  Palo Alto, CA 94065
   Telephone: (650) 632-4328
9  Facsimile: (650) 632-4333

10 Attorneys for Defendants Belkin
   International, Inc. and Belkin, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC., and BELKIN, INC., <br><br> Defendants. | CASE NO. 8:09-CV-843 AG (MLGx) <br><br> Hon. Andrew J. Guilford <br><br> **NOTICE OF LODGING OF EXHIBITS A-Z TO THE DECLARATION OF YASSER EL-GAMAL IN SUPPORT OF DEFENDANTS BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S CLAIM CONSTRUCTION BRIEF** <br><br> Date:  May 9, 2011 <br> Time:  10:00 a.m. <br> Ctrm:  10D |

1  PLEASE TAKE NOTICE THAT Exhibits A through Z to the Declaration of
2  Yasser El-Gamal in Support of Defendants Claim Construction Brief filed on April
3  18, 2011 is hereby lodged with the Court due to technical difficulties when
4  uploading through the ECF system.

6  DATED: April 18, 2011          DICKSTEIN SHAPIRO LLP

8                    By:   */s/ Jeffrey A. Miller*
                           Robert W. Dickerson
9                          Yasser M. El-Gamal
                           Jeffrey A. Miller
10                         Attorneys for Belkin International, Inc. and
                           Belkin, Inc.