Robert W. Dickerson (State Bar No. 89367)
dickersonr@dicksteinshapiro.com
Yasser M. El-Gamal (State Bar No. 189047)
elgamaly@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Jeffrey A. Miller (State Bar No. 160602)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
303 Twin Dolphin Drive, Suite 600
Palo Alto, CA 94065
Telephone: (650) 632-4328
Facsimile: (650) 632-4333

Attorneys for Defendants Belkin
International, Inc. and Belkin, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC., and BELKIN, INC.,<br><br>Defendants. | CASE NO. 8:09-CV-843 AG (MLGx)<br><br>Hon. Andrew J. Guilford<br><br>AMENDED NOTICE OF LODGING OF EXHIBITS A-Z TO THE DECLARATION OF YASSER EL-GAMAL IN SUPPORT OF DEFENDANTS BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S CLAIM CONSTRUCTION BRIEF<br><br>Date: May 9, 2011<br>Time: 10:00 a.m.<br>Ctrm: 10D |

1  PLEASE TAKE NOTICE THAT Exhibits A through Z to the Declaration of
2  Yasser El-Gamal in Support of Defendants Claim Construction Brief were manually
3  lodged with the Clerk of the Court, pursuant to Docket No. 281, on April 19, 2011.
4      At the request of the Clerk, Defendants hereby file this Amended Notice of
5  Lodging and electronically transmit .PDF copies of Exhibits A through Z to the case
6  docket via the Court's Electronic Case Filing system.

7

8  DATED: April 19, 2011          DICKSTEIN SHAPIRO LLP

9

10                                                 By:  */s/ Jeffrey A. Miller*
11                                                 Robert W. Dickerson
                                                   Yasser M. El-Gamal
                                                   Jeffrey A. Miller
12                                                 Attorneys for Belkin International, Inc. and
                                                   Belkin, Inc.