UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC., and BELKIN, INC., <br><br>Defendants. | Case No. 8:09-CV-843 AG (MLGx) <br><br>ORDER GRANTING UNOPPOSED MOTION TO VACATE CLAIM CONSTRUCTION ORDER <br><br>Judge: Hon. Andrew J. Guilford |
|---|---|

On August 10, 2011, this Court issued its Claim Construction Order, Docket No. 307, in which the Court construed the disputed terms of U.S. Patent No. 7,035,112 and U.S. Patent No. 6,957,287.

The parties have now settled their disputes in accordance with the terms of a settlement agreement.

The Claim Construction Order is interlocutory in nature, and subject to revision at any time prior to entry of final judgment. By settling the case, ATEN International Co., Ltd. and ATEN Technology, Inc. are foregoing their opportunity to appeal the Claim Construction Order.

Accordingly, the Claim Construction Order is vacated under the principles set forth in *Ringsby Truck Lines, Inc. v. Western Conference of Teamsters*, 686 F.2d 720 (9th Cir. 1982), and *RF Delaware, Inc. v. Pacific Keystone Technologies, Inc.*, 326 F.3d 1255 (Fed. Cir. 2003),

**IT IS HEREBY ORDERED**, that the Claim Construction Order of August 10, 2011 (Docket No. 307) is vacated.

**IT IS SO ORDERED.**

DATED: December 2, 2011

Hon. Andrew J. Guilford
United States District Court Judge