1  John P. Schnurer (SBN 185725)
   jschnurer@perkinscoie.com
2  Matthew C. Bernstein (SBN 199240)
   mbernstein@perkinscoie.com
3  Michael J. Engle (SBN 259476)
   mengle@perkinscoie.com
4  PERKINS COIE LLP
   11988 El Camino Real, #200
5  San Diego, CA 92130-3334
   Telephone: 858.720.5700
6  Facsimile: 858.720.5799

7  Attorneys for Plaintiffs
   ATEN INTERNATIONAL CO., LTD.
8  and ATEN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., | Case No. 8:09-CV-843 AG (MLGx) |
|---|---|
| Plaintiffs, | JOINT STIPULATED MOTION TO DISMISS CASE |
| v. | Date:<br>Time: |
| EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC., and BELKIN, INC., | Judge: Hon. Andrew J. Guilford<br>Ctrm: 10D |
| Defendants. | |

**WHEREAS**, on February 11, 2010, this Court entered default judgment against defendant Emine Technology Co., Ltd. (Docket No. 133);

**WHEREAS**, all remaining parties, including plaintiffs ATEN International Co., Ltd. and ATEN Technology, Inc., and defendants Belkin International, Inc. and Belkin, Inc., now desire to resolve their disputes and dismiss the entire litigation on all patents-in-suit;

**IT IS HEREBY JOINTLY REQUESTED** by the parties hereto, through their respective counsel, that:

1. The entire action be dismissed with prejudice as to all patents-in-suit, including all claims of infringement of any patent-in-suit as well as all defenses and counterclaims; and
2. Each party bear its own costs and attorneys fees.

DATED: December 2, 2011

**PERKINS COIE LLP**

By: */s/ John P. Schnurer*
John P. Schnurer
Matthew C. Bernstein
Michael J. Engle

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD., and
ATEN TECHNOLOGY, INC.

| | |
|---|---|
| DATED: December 2, 2011 | **DICKSTEIN SHAPIRO LLP**<br><br>By: /s/ *Robert W. Dickerson*<br>    Robert W. Dickerson<br>    Yasser M. El-Gamal<br>    Jeffrey A. Miller<br><br>Attorneys for Defendants BELKIN INTERNATIONAL, INC. and BELKIN, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 2, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Any other counsel of record will be served by electronic mail.

*/s/ John P. Schnurer*
John P. Schnurer