1
2
3
4                                    JS-6
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION
11

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD. and ATEN TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EMINE TECHNOLOGY CO., LTD., BELKIN INTERNATIONAL, INC., and BELKIN, INC., <br><br> Defendants. | Case No. 8:09-CV-843 AG (MLGx) <br><br> ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS CASE <br><br><br> Judge:      Hon. Andrew J. Guilford |

19
20         On February 11, 2010, this Court entered default judgment against defendant
21    Emine Technology Co., Ltd. (Docket No. 133).
22         All remaining parties, including plaintiffs ATEN International Co., Ltd. and
23    ATEN Technology, Inc., and defendants Belkin International, Inc. and Belkin, Inc.,
24    now desire to resolve their disputes and dismiss the entire litigation on all patents-
25    in-suit.
26
27
28

1    **IT IS HEREBY ORDERED** that:

2        1. The entire action be dismissed with prejudice as to all patents-in-suit,

3           including all claims of infringement of any patent-in-suit as well as all

4           defenses and counterclaims; and

5        2. Each party bear its own costs and attorneys fees.

6        **IT IS SO ORDERED.**

7

8    DATED:  December 2, 2011                             

9                                    Hon. Andrew J. Guilford
     United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SACV09-843 AG (MLGx)
[PROPOSED] ORDER GRANTING
MOTION TO DISMISS